B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Eastern District of Kentucky | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Financial Holdings, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**20-3969978** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**318 E. Main Street**<br>**Lexington, KY**<br>ZIP Code **40507** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Fayette** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |

Location of Principal Assets of Business Debtor
(if different from street address above):

| Type of Debtor<br>(Form of Organization) (Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13<br><br>☐ Chapter 15 Petition for Recognition<br>of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition<br>of a Foreign Nonmain Proceeding |

| Chapter 15 Debtors | Tax-Exempt Entity | Nature of Debts<br>(Check one box) |
|---|---|---|
| Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding<br>by, regarding, or against debtor is pending: | (Check one box)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | ☐ Debts are primarily consumer debts,<br>defined in 11 U.S.C. § 101(8) as<br>"incurred by an individual primarily for<br>a personal, family, or household purpose."  ■ Debts are primarily<br>business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the<br>debtor is unable to pay fee except in installments. Rule 1006(b). See Official<br>Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)<br>are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,<br>in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,<br>there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B1 (Official Form 1)(04/13)

Page 2

| **Voluntary Petition**<br><br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Financial Holdings, Inc.** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:   **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>Signature of Attorney for Debtor(s)          (Date) |
|---|---|

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br><br>■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br><br>☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box) |
|---|
| ■      Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐      There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐      Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes) |
|---|
| ☐      Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>_____<br>(Name of landlord that obtained judgment)<br><br><br>_____<br>(Address of landlord)<br><br>☐      Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐      Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐      Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

B1 (Official Form 1)(04/13)

## Voluntary Petition
*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Financial Holdings, Inc.**

### Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
 Signature of Debtor

X _____
 Signature of Joint Debtor

_____
 Telephone Number (If not represented by attorney)

_____
 Date

**Signature of Attorney***

X **/s/ Adam M. Back**
 _____
 Signature of Attorney for Debtor(s)

 **Adam M. Back**
 _____
 Printed Name of Attorney for Debtor(s)

 **Stoll Keenon Ogden PLLC**
 _____
 Firm Name

 **300 West Vine Street**
 **Suite 2100**
 **Lexington, KY 40507-1801**
 _____
 Address

 **859-231-3000**
 _____
 Telephone Number

 June 15, 2015
 _____
 Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Barry Brauch**
 _____
 Signature of Authorized Individual

 **Barry Brauch**
 _____
 Printed Name of Authorized Individual

 **Chief Executive Officer**
 _____
 Title of Authorized Individual

 June 15, 2015
 _____
 Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
 Signature of Foreign Representative

_____
 Printed Name of Foreign Representative

_____
 Date

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
 Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
 Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
 Address

X _____

_____
 Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

# RESOLUTION
## OF THE BOARD OF DIRECTORS OF
## FINANCIAL HOLDINGS, INC.

The Board of Directors of Financial Holdings, Inc. ("Corporation") does hereby adopt the following resolutions and execution hereof:

WHEREAS, Corporation is insolvent and unable to pay its debts when due;

WHEREAS, Corporation, its creditors, and other interested parties would be best served by seeking bankruptcy relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code");

NOW, THEREFORE, BE IT:

RESOLVED, that Corporation is hereby authorized to file as soon as practicable a bankruptcy petition under Chapter 11 of the Bankruptcy Code.

RESOLVED, that Barry Brauch (the "Authorized Person") be, and hereby is, an authorized signatory in connection with the bankruptcy proceeding authorized herein.

RESOLVED, that the Authorized Person is authorized, empowered, and directed, in the name and on behalf of Corporation, to execute, deliver, and verify any and all petitions, schedules, motions, lists, applications, pleadings, filings, other papers, and amendments thereto for purposes of Corporation's bankruptcy filing (the "Chapter 11 Case") and to cause same to be filed in the United States Bankruptcy Court for the Eastern District of Kentucky at such time as the Authorized Person shall determine.

RESOLVED, that the Authorized Person be, and hereby is, authorized, empowered, and directed to take and perform any and all further acts and deeds which he deems necessary, proper, or desirable in connection with the Chapter 11 Case.

RESOLVED, that in connection with the Chapter 11 Case, the Authorized Person be, and hereby is, authorized, empowered, and directed, in the name and on behalf of Corporation, to negotiate, execute, deliver, and perform or cause the performance of a debtor-in-possession loan facility, including, in connection therewith, such guarantees, notes, security agreements and other agreements, certificates, or instruments as the Authorized Person considers appropriate, and to consummate the transaction contemplated by such agreements or instruments on behalf of the Corporation.

RESOLVED, that the law firm of Stoll Keenon Ogden PLLC is hereby engaged as attorney for Corporation under that certain fee agreement subject only to any required bankruptcy court approval.

RESOLVED, that the Authorized Person be, and hereby is, authorized, empowered, and directed, in the name and on behalf of Corporation, to engage and retain assistance by other legal counsel, accountants, financial advisors, and other professionals in connection with the Chapter 11 Case subject only to any required bankruptcy court approval.

RESOLVED, that the Authorized Person be, and hereby is, authorized, empowered, and directed, in the name and on behalf of Corporation, to do such other things as may be required, or as may in his judgment be appropriate or advisable, in order to effectuate fully the resolutions adopted and matters ratified or approved herein and the consummation of the transactions contemplated thereby.

RESOLVED, that any and all past actions heretofore taken by the Authorized Person in the name or on behalf of Corporation in furtherance of the preceding resolutions be, and the same hereby are, ratified, confirmed, and approved.

SIGNATURE PAGE FOLLOWS

RESOLVED this 29 day of May, 2015.

FINANCIAL HOLDINGS, INC.

Name:  Clayton B. Patrick
Title:  Chairman, Board of Directors


Name:  Sue Errine
Title:  Corporate Secretary

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Eastern District of Kentucky

In re    **Financial Holdings, Inc.** _____    Case No. _____

Debtor(s)    Chapter    **11** _____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **Wilmington Trust Company, Trustee f/b/o American Founders Statutory Trust I Attn: Corporate Trust Administration Rodney Square N, 1100 N Market St Wilmington, DE 19890-1600** | **Wilmington Trust Company, as Trustee f/b/o American Founders Statutory Trust Attn: Corporate Trust Administration Wilmington, DE 19890-1600** | **Debentures and Guarantee** | | **26,278,844.00** |
| **WPB-AFB, LLC 100 E. Rivercenter Drive Suite 1100 Covington, KY 41011** | **WPB-AFB, LLC 100 E. Rivercenter Drive Suite 1100 Covington, KY 41011** | **Note and loan docs assigned to creditor from U.S. National Bank Association on October 12, 2012** | | **14,352,488.00 (7,350,000.00 secured)** |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

B4 (Official Form 4) (12/07) - Cont.

In re   **Financial Holdings, Inc.**                                             Case No. _____
                                    Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

  I, the Chief Executive Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   June 15, 2015 _____                 Signature   /s/ Barry Brauch _____
                                                                   **Barry Brauch**
                                                                   **Chief Executive Officer**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

B6 Summary (Official Form 6 - Summary) (12/14)

.

# United States Bankruptcy Court
## Eastern District of Kentucky

In re    **Financial Holdings, Inc.** _____ ,    Case No. _____

Debtor    Chapter _____**11**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 4 | 11,910,000.00 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 14,352,488.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 1 | | 26,278,844.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 10 | | | |
| Total Assets | | | 11,910,000.00 | | |
| Total Liabilities | | | | 40,631,332.00 | |

B 6 Summary (Official Form 6 - Summary) (12/14)

.

# United States Bankruptcy Court
### Eastern District of Kentucky

In re    **Financial Holdings, Inc.**                   ,    Case No. _____

                   Debtor

Chapter _____**11**_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | |
| Average Expenses (from Schedule J, Line 22) | |
| Current Monthly Income (from Form 22A-1 Line 11; OR, Form 22B Line 14; OR, Form 22C-1 Line 14 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

.

In re  **Financial Holdings, Inc.**                                      ,        Case No. _____
                                    Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a
cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for
the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W,"
"J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under
"Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and
Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity
claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or
if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | - | 0.00 | 0.00 |

| | | | | |
|---|---|---|---|---|
| | | Sub-Total > | 0.00 | (Total of this page) |
| | | Total > | 0.00 | |
| **_0_**  continuation sheets attached to the Schedule of Real Property | | | (Report also on Summary of Schedules) | |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                                              Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re    **Financial Holdings, Inc.**                                                          ,        Case No. _____
                                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | | **Cash on hand**<br>**Location: American Founders Bank, 318 E. Main Street, Lexington KY 40507**<br>**Last Four Digits of Acct. Number: xxx7371** | - | 0.00 |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | X | | | |
| 7. | Furs and jewelry. | X | | | |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. | Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >          **0.00**
(Total of this page)

__3__    continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Financial Holdings, Inc.**                                                          ,      Case No. _____
                                              Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **American Founders Bank, Inc.** <br> **100% ownership of common stock** <br> **(In the possession of WPB-AFB, LLC)** <br> **\*Valuation based on Debtor's estimate derived from** <br> **proposed asset sales; shares are not publicly** <br> **traded and there is no ascertainable market.  Book** <br> **value of stock is approximately $3,000,000.** | **-** | **7,350,000.00** |
| | | **American Founders Statutory Trust I** <br> **100% ownership of common stock** <br> **\*Valuation based on book value** | **-** | **0.00** |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |

Sub-Total >     **7,350,000.00**
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Financial Holdings, Inc.**                                          ,          Case No. _____
                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---|
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |

Sub-Total >          **0.00**
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Financial Holdings, Inc.**                                    Case No. _____
_____,
                            Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **Net Operating Loss Allocated to Debtor (may be used to offset future income for federal tax purposes) Estimated as of December 31, 2014 is $13,000,000 Value shown based on Debtor's effective tax rate Intangible, not transferable, no value to any other entity or person** | - | **4,550,000.00** |
| | | **Retainer/escrow amount held by Kurtzman Carson Consultants LLC pursuant to December 17, 2012 agreement** | - | **10,000.00** |

|  |  |
|---|---|
| Sub-Total > | **4,560,000.00** |
| (Total of this page) | |
| Total > | **11,910,000.00** |

Sheet  __3__  of  __3__  continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re      **Financial Holdings, Inc.**                                           ,                    Case No. _____
                              Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | April 27, 2006 | | | | | |
| **WPB-AFB, LLC** **100 E. Rivercenter Drive** **Suite 1100** **Covington, KY 41011** | - | | **Secured by 100 % of common shares of American Founders Bank** **Note and loan docs assigned to creditor from U.S. National Bank Association on October 12, 2012** | | | | | |
| | | | Value $              7,350,000.00 | | | | 14,352,488.00 | 7,002,488.00 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| __0__  continuation sheets attached | | | Subtotal (Total of this page) | | | | 14,352,488.00 | 7,002,488.00 |
| | | | Total (Report on Summary of Schedules) | | | | 14,352,488.00 | 7,002,488.00 |

B6E (Official Form 6E) (4/13)

.

In re    **Financial Holdings, Inc.**                                                              Case No. _____
                                                                                        ,
                                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

   A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

   The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

   If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

   Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

   Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

   Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

   Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

   Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

   Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

   Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

   Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* *Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

**0**      continuation sheets attached

B6F (Official Form 6F) (12/07)

In re **Financial Holdings, Inc.**        Case No. _____

                                                , **Debtor**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | April 26, 2006 | | | | |
| **Wilmington Trust Company, Trustee f/b/o American Founders Statutory Trust I Attn: Corporate Trust Administration Rodney Square N, 1100 N Market St Wilmington, DE 19890-1600** | | - | **Subordinated Debentures issued on April 26, 2006 Guarantee Agreement dated April 26, 2006 Amount includes accrued interest, attorney fees, and other fees and costs due under agreements** | | | | **26,278,844.00** |
| Account No. | | | | | | | |
| | | | | | | | |
| Account No. | | | | | | | |
| | | | | | | | |
| Account No. | | | | | | | |
| | | | | | | | |

| | | |
|---|---|---|
| **0** continuation sheets attached | Subtotal (Total of this page) | **26,278,844.00** |
| | Total (Report on Summary of Schedules) | **26,278,844.00** |

B6G (Official Form 6G) (12/07)

.

In re    **Financial Holdings, Inc.**                                                          ,    Case No. _____
                                          Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Austin Associates**<br>**Investment Bank Services**<br>**Attn: Craig J. Mancinotti**<br>**7205 W. Central Avenue**<br>**Toledo, OH 43617** | **Contract for transaction advisory services**<br>**originally entered into on September 3, 2014** |
| **Kurtzman Carson Consultants LLC**<br>**Attn: Evan Gershein**<br>**2335 Alaska Avenue**<br>**El Segundo, CA 90245** | **Agreement for noticing and related services**<br>**entered into on December 17, 2012** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

.

In re    **Financial Holdings, Inc.**                             ,     Case No. _____
                                      Debtor

# SCHEDULE H - CODEBTORS

      Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |

**0**

\_\_\_\_ continuation sheets attached to Schedule of Codebtors

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Eastern District of Kentucky

In re    **Financial Holdings, Inc.** _____    Case No. _____

                                                    Debtor(s)    Chapter    **11**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Chief Executive Officer of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**12**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  June 15, 2015 _____    Signature    /s/ Barry Brauch _____
                                                    **Barry Brauch**
                                                    **Chief Executive Officer**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
### Eastern District of Kentucky

In re    **Financial Holdings, Inc.**                                                    Case No.

_____    _____

                                    Debtor(s)                    Chapter        **11**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None

☐        State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $0.00 | **2015 YTD: Business Income** |
| $0.00 | **2014: Business Income** |
| $0.00 | **2013: Business Income** |

---

**2. Income other than from employment or operation of business**

None

■        State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|

B7 (Official Form 7) (04/13)
2

---

### 3. Payments to creditors

None ■ ***Complete a. or b., as appropriate, and c.***

a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

None □ b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
| --- | --- | --- | --- |
| **See Exhibit 3b** | | **$0.00** | **$0.00** |

None ■ c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

---

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None ■ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
| --- | --- | --- | --- |

None ■ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B7 (Official Form 7) (04/13)
3

**5. Repossessions, foreclosures and returns**

None ■

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**6. Assignments and receiverships**

None ■

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None ■

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

**7. Gifts**

None ■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

**8. Losses**

None ■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

**9. Payments related to debt counseling or bankruptcy**

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Stoll Keenon Ogden PLLC 300 West Vine Street, Suite 2100 Lexington, KY 40507-1801** | | **$20,000.00 (prepetiton legal work)** |

B7 (Official Form 7) (04/13)
4

| NAME AND ADDRESS<br>OF PAYEE | DATE OF PAYMENT,<br>NAME OF PAYER IF OTHER<br>THAN DEBTOR | AMOUNT OF MONEY<br>OR DESCRIPTION AND VALUE<br>OF PROPERTY |
|---|---|---|
| **Wyatt Tarrant & Combs**<br>**250 West Main Street**<br>**Sutie 1600**<br>**Lexington, KY 40507** | **June 2014 through September 2014** | **$80,000** |

---

**10.  Other transfers**

None ■  a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE,<br>RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED<br>AND VALUE RECEIVED |
|---|---|---|

None ■  b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER<br>DEVICE | DATE(S) OF<br>TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND<br>VALUE OF PROPERTY OR DEBTOR'S INTEREST<br>IN PROPERTY |
|---|---|---|

---

**11.  Closed financial accounts**

None ■  List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR<br>DIGITS OF ACCOUNT NUMBER,<br>AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE<br>OR CLOSING |
|---|---|---|

---

**12.  Safe deposit boxes**

None ■  List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK<br>OR OTHER DEPOSITORY | NAMES AND ADDRESSES<br>OF THOSE WITH ACCESS<br>TO BOX OR DEPOSITORY | DESCRIPTION<br>OF CONTENTS | DATE OF TRANSFER OR<br>SURRENDER, IF ANY |
|---|---|---|---|

---

**13.  Setoffs**

None ■  List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

---

**14.  Property held for another person**

None ■  List all property owned by another person that the debtor holds or controls.

B7 (Official Form 7) (04/13)
5

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

---

**15.  Prior address of debtor**

None ■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

---

**16. Spouses and Former Spouses**

None ■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

---

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

B7 (Official Form 7) (04/13)

6

**18 . Nature, location and name of business**

None ☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **American Founders Bank, Inc.** | 61-1360949 | **318 E. Main Street Lexington, KY 40507** | **Banking** | **Chartered in 2001, Debtor has owned 100% of common stock since April 26, 2006** |
| **American Founders Statutory Trust I** | 20-8765681 | **c/o Wilmington Trust Company, Trustee Rodney Square North 1100 N. Market Street Wilmington, DE 19890-1600** | **Delaware Statutory Trust** | **Formed April 26, 2006, Debtor has owned 100% of common stock since formation** |

None ■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                    ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None ☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **MCM, LLP 2600 Meidinger Tower 462 S. 4th Street Louisville, KY 40202** | **Accounting services 2012-Current** |

None ☐

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                        ADDRESS                                    DATES SERVICES RENDERED

B7 (Official Form 7) (04/13)
7

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| **MCM, LLP** | **2600 Meidinger Tower**<br>**462 S. 4th Street**<br>**Louisville, KY 40202** | **2012-Current** |
| **Jones, Nale & Mattingly PLC** | **642 S. 4th Ave., Suite 300**<br>**Louisville, KY 40202** | **2013** |

None   c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records
☐   of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **American Founders Bank, Inc.**<br>**Debtor uses premises owned by AFB to store accounts and**<br>**records, Debtor neither owns nor rents space** | **318 E. Main St.**<br>**Lexington, KY 40507** |

None   d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was
■   issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

## 20. Inventories

None   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory,
■   and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|

None   b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.
■

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY<br>RECORDS |
|---|---|

## 21 . Current Partners, Officers, Directors and Shareholders

None   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.
■

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns,
☐   controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE<br>OF STOCK OWNERSHIP |
|---|---|---|
| **Barry Brauch**<br>**4553 Clubhouse Drive**<br>**Lexington, KY 40514-1282** | **Chief Executive Officer** | **142,819 common shares (approx. 1.48%**<br>**of common shares)** |
| **William Craycraft**<br>**3609 Montego Court**<br>**Lexington, KY 40509-9531** | **Chief Financial Officer** | **3,750 common shares (approx. .047% of**<br>**common shares)** |
| **Howard M. Allen**<br>**229 Stonehedge St.**<br>**Frankfort, KY 40601** | **Board Member** | **552,956 common shares (some owned**<br>**jointly with Lee B. Allen) (approx. 6.95%**<br>**of common shares** |
| **William B. Frye**<br>**100 McFall Lane**<br>**Versailles, KY 40383-9351** | **Board Member** | **52,796 common shares (approx. .664%**<br>**of common shares)** |

B7 (Official Form 7) (04/13)
8

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **C. Broussard Hundley**<br>**P. O. Box 273**<br>**Versailles, KY 40383-0273** | **Board Member** | **28,140 common shares (approx. .354% of common shares)** |
| **Brereton C. Jones**<br>**P. O. Box 487**<br>**Midway, KY 40347-0487** | **Board Member** | **1,333,662 common shares (approx. 16.77% of common shares)** |
| **Clayton B. Patrick**<br>**1095 Bittersweet Lane**<br>**Frankfort, KY 40601-7604** | **Chair** | **1,348,499 common shares (approx. 17% of common shares)** |

---

**22 . Former partners, officers, directors and shareholders**

None ■   a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ■   b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None ■   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**24. Tax Consolidation Group.**

None □   If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|
| **Financial Holdings, Inc. (Parent Corporation)**<br>**\*American Founders Bank, Inc. and American Founders Loan Corporation are Subsidiary Corporations for Tax Purposes** | **20-3969978** |

---

**25. Pension Funds.**

None ■   If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

* * * * * *

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

B7 (Official Form 7) (04/13)
9


I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.


Date   June 15, 2015                                       Signature    /s/ Barry Brauch
                                                                        **Barry Brauch**
                                                                        **Chief Executive Officer**


[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# EXHIBIT 3b

## American Founders Bancorp Check Register
## 2014-2015

| Check # | Date | Vendor (or VOID) | Amount | | Description |
|---|---|---|---|---|---|
| 2000 | 1/30/14 | Illinois Stock Transfer | $ | 299.40 | Transfer Agent Jan 2014 |
| 2001 | 1/30/15 | Illinois Stock Transfer | $ | 87.01 | Out of Pocket Dec 2013 |
| 2002 | 1/30/14 | VOID | $ | - | |
| 2003 | 3/15/14 | Squire Sanders | $ | 7,320.31 | Invoice 8808913 |
| 2004 | 3/15/14 | CUSIP | $ | 162.00 | CUSIP 2014 |
| 2005 | 3/15/14 | Illinois Stock Transfer | $ | 299.40 | Transfer Agent Feb 2014 |
| 2006 | 3/27/14 | Illinois Stock Transfer | $ | 71.57 | Out of Pocket Feb 2014 |
| 2007 | 3/27/15 | Wyatt Tarrant and Combs | $ | 135.00 | Annual Fee for Services |
| 2008 | 4/10/14 | KY State Treasurer | $ | 175.00 | Extension Filing for 2013 |
| 2009 | 4/10/14 | LFUCG | $ | 100.00 | Extension Filing for 2013 |
| 2010 | 4/10/14 | Illinois Stock Transfer | $ | 299.40 | Transfer Agent Mar 2014 |
| 2011 | 5/21/14 | Illinois Stock Transfer | $ | 91.56 | Out of Pocket Jan 2014 (late) |
| 2012 | 5/21/14 | Illinois Stock Transfer | $ | 71.16 | Out of Pocket Mar 2014 |
| 2013 | 5/21/14 | Illinois Stock Transfer | $ | 299.40 | Transfer Agent Apr 2014 |
| 2014 | 5/21/14 | Illinois Stock Transfer | $ | 299.40 | Transfer Agent May 2014 |
| 2015 | 5/27/14 | Illinois Stock Transfer | $ | 71.15 | Out of Pocket Apr 2014 |
| 2016 | 5/28/14 | Wyatt Tarrant and Combs | $ | 80,000.00 | Retainer Fee for 5/22 Engagement Letter |
| 2017 | 7/7/14 | Illinois Stock Transfer | $ | 71.14 | Out of Pocket May 2014 |
| 2018 | 7/7/14 | Illinois Stock Transfer | $ | 467.86 | Transfer Agent June 2014 |
| 2019 | 7/7/14 | Illinois Stock Transfer | $ | 6.45 | Out of Pocket June 2014 |
| 2020 | 7/21/14 | VOID | $ | - | |
| 2021 | 2/20/15 | Broadridge | $ | 213.25 | Shareholder services - non-objecting |
| 2022 | 3/12/15 | VOID | $ | - | |
| Wire | 6/12/15 | Stoll Keenon Ogden PLLC | $ | 1,717.00 | Chapter 11 Filing Fee |
| Wire | 6/15/15 | Stoll Keenon Ogden PLLC | $ | 11,737.62 | Escrow for Bankruptcy |

## United States Bankruptcy Court
### Eastern District of Kentucky

In re   **Financial Holdings, Inc.**

Debtor(s)

Case No.

Chapter   **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **65,000.00** |
| Prior to the filing of this statement I have received | $ | **20,000.00** |
| Balance Due | $ | **45,000.00** |

2.   $ **1,717.00** of the filing fee has been paid.

3.   The source of the compensation paid to me was:

   ■ Debtor      ☐ Other (specify):

4.   The source of compensation to be paid to me is:

   ■ Debtor      ☐ Other (specify):

5.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.  [Other provisions as needed]
   **Negotiations with secured creditor; preparation and filing of applications as needed; preparation and filing of motions pursuant to 11 USC 363 for sale of property and related motions (so long as they do not become "contested matters" as defined by the Bankruptcy Code).**

   **The receipt of the balance due for the representation is governed by the terms of the Engagement Letter attached to SKO's employment application and subject to approval from the Court**

7.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in advesrary proceedings and contested matters, including, but not limited to, relief from stay actions.**

| CERTIFICATION |
|---|
| I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding. |
| Dated:   June 15, 2015      /s/ Adam M. Back<br>**Adam M. Back**<br>**Stoll Keenon Ogden PLLC**<br>**300 West Vine Street**<br>**Suite 2100**<br>**Lexington, KY 40507-1801**<br>**859-231-3000** |

.

# United States Bankruptcy Court
## Eastern District of Kentucky

In re    **Financial Holdings, Inc.**            ,     Case No. _____

Debtor

Chapter _____ **11** _____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **AFB PARTNERS (LIMITED PARTNERSHIP)** **WILLIAM P BUTLER, GENERAL PARTNER** **100 E RIVER CENTER BLVD** **COVINGTON, KY 41011-1555** | **Common Stock** | **363,130** | |
| **ALAN W DOCKERY** **224B POPLAR CIR** **VERSAILLES, KY 40383-1868** | **Common Stock** | **1,775** | |
| **ALLEN RAVENSCRAFT & KIMBERLY PACK RAVENS** **21 E SCOTT CT** **CLEARFIELD, KY 40313-9515** | **Common Stock** | **4,000** | |
| **ALLISON IMBER** **501 PENWOOD RD** **LOUISVILLE, KY 40206-3031** | **Common Stock** | **11,500** | |
| **ALVIN BOGIE** **885 HOLT LN** **FRANKFORT, KY 40601-9438** | **Common Stock** | **15,000** | |
| **ANCIE E DOTSON III** **124 GRACE HAVEN CT** **HILLSBORO, TN 37342** | **Common Stock** | **2,000** | |
| **ANN ROSENSTEIN GILES** **343 WALLER AVE STE 100** **LEXINGTON, KY 40501-2912** | **Common Stock** | **10,000** | |
| **ANTHONY CECIL** **2365 HARRODSBURG RD STE B220** **LEXINGTON, KY 40504-3372** | **Common Stock** | **6,000** | |
| **ANTHONY PELASKI & JAYNE PELASKI** **3510 FIELDCREST DR** **BOWLING GREEN, KY 42104-0208** | **Common Stock** | **2,450** | |
| **ARTHUR L OWENS OR LULA BELLE OWENS** **1011 MAN O WAR DR** **FRANKFORT, KY 40601-5318** | **Common Stock** | **417** | |
| **B NED JONES** **1615 6TH AVE** **HUNTINGTON, WV 25703-1452** | **Common Stock** | **13,500** | |

__27__ continuation sheets attached to List of Equity Security Holders

Best Case Bankruptcy

In re   **Financial Holdings, Inc.**                                                    Case No. _____
_____ ,
Debtor

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **BANKDAN CUST DENISE VAN STEENLANDT IRA C/O KENTUCKY TRUST CO 218 W MAIN ST DANVILLE, KY 40422** | **Common Stock** | **14,167** | |
| **BANKER'S BANK OF KENTUCKY C/O JOHN CLARK, EVP 107 PROGRESS DR FRANKFORT, KY 40601-8695** | **Common Stock** | **330,672** | |
| **BARRY BRAUCH 4553 CLUBHOUSE DR LEXINGTON, KY 40514-1282** | **Common Stock** | **117,819** | |
| **BB & T TRUST OPERATIONS WILBRANCH & CO AGENT FOR ROBERT E MACLIN III HR-10 PLAN PO BOX 2887 WILSON, NC 27894-2887** | **Common Stock** | **4,400** | |
| **BENJAMIN STIVERS PO BOX 4091 MIDWAY, KY 40347-4091** | **Common Stock** | **10,467** | |
| **BENNIE R MAFFET & MARSHA MAFFET 531 TATATO TRL FRANKFORT, KY 40601-1634** | **Common Stock** | **20,250** | |
| **BERTON A & TERRI JOHNSON 26 COVINGTON DR ENGLEWOOD, CO 80113-4145** | **Common Stock** | **14,000** | |
| **BETTY LEBUS THORNTON PO BOX 487 MIDWAY, KY 40347-0487** | **Common Stock** | **7,966** | |
| **BJ BUILDERS, INC SANDRA J DUNN, PRESIDENT 1820 JEFFERSON BLVD POINT PLEASANT, WV 25550-1335** | **Common Stock** | **9,000** | |
| **BOB MATTHEWS 161 YELLOW JACKET DR VERSAILLES, KY 40383-1078** | **Common Stock** | **50,000** | |
| **BRAD MEYER 950 HANLY LN FRANKFORT, KY 40601-9286** | **Common Stock** | **4,800** | |
| **BRADFORD L COWGILL 783 CHINOE RD LEXINGTON, KY 40502-2809** | **Common Stock** | **3,750** | |

Sheet __1__ of __27__ continuation sheets attached to the List of Equity Security Holders

In re    **Financial Holdings, Inc.**
,    Case No. _____
Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **BRERETON C JONES**<br>**PO BOX 487**<br>**MIDWAY, KY 40347-0487** | **Common Stock** | **1,333,662** | |
| **BRERETON C JONES JR**<br>**PO BOX 487**<br>**MIDWAY, KY 40347-0487** | **Common Stock** | **29,504** | |
| **BRIAN KELLY**<br>**RICHARD KEMPER & EVYN KEMPER**<br>**3840 N TRIPP AVE**<br>**CHICAGO, IL 60641-3011** | **Common Stock** | **3,500** | |
| **BROOKS BOWER**<br>**9300 SEATON SPRINGS PKWY**<br>**LOUISVILLE, KY 40222-5067** | **Common Stock** | **16,667** | |
| **BRYAN R LYSTER**<br>**PO BOX 467**<br>**VERSAILLES, KY 40383-0467** | **Common Stock** | **3,367** | |
| **BYRD SAYLOR IV**<br>**6316 ZURICH CT**<br>**PROSPECT, KY 40059-7513** | **Common Stock** | **11,500** | |
| **Byrd Saylor IV**<br>**6000 Maddox Blvd**<br>**Prospect, KY 40059-8505** | | | |
| **BYRON KENT RADCLIFF**<br>**PO BOX 100**<br>**DEXTER, KS 67038-0100** | **Common Stock** | **6,417** | |
| **C BROUSSARD HUNDLEY**<br>**PO BOX 273**<br>**VERSAILLES, KY 40383-0273** | **Common Stock** | **28,140** | |
| **C MICHAEL DAVENPORT**<br>**PO BOX 4254**<br>**FRANKFORT, KY 40604-4254** | **Common Stock** | **15,000** | |
| **CANDACE JONES**<br>**347 MERINO ST**<br>**LEXINGTON, KY 40508-2527** | **Common Stock** | **1,500** | |
| **CEDE & CO**<br>**P O BOX 222**<br>**BOWLING GREEN STATION**<br>**NEW YORK, NY 10274-0222** | **Common Stock** | **402,588** | |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

In re    **Financial Holdings, Inc.**                                          ,    Case No. _____
                                          Debtor

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **CHARLES E HARDIN JR**<br>**PO BOX 88**<br>**SALYERSVILLE, KY 41465-0088** | **Common Stock** | **91,465** | |
| **CHARLES E HARDIN JR & MACHELLE HARDIN**<br>**PO BOX 88**<br>**SALYERSVILLE, KY 41465-0088** | **Common Stock** | **5,835** | |
| **CHARLES HARDIN & MACHELLE HARDIN CUST**<br>**LAUREN HARDIN**<br>**PO BOX 88**<br>**SALYERSVILLE, KY 41465-0088** | **Common Stock** | **2,500** | |
| **CHARLES HARDIN & MACHELLE HARDIN CUST**<br>**NICHOLAS HARDIN**<br>**PO BOX 88**<br>**SALYERSVILLE, KY 41465-0088** | **Common Stock** | **1,500** | |
| **CHARLES R HICKMAN**<br>**80 WEISSINGER CT**<br>**SHELBYVILLE, KY 40065-8345** | **Common Stock** | **2,000** | |
| **CHARLES SCHWAB & CO INC CUST**<br>**RAMONA FAYE STROUPE MILLER**<br>**IRA CONTRIBUTORY**<br>**8 SHEFFIELD LN**<br>**FRANKFORT, KY 40601-3850** | **Common Stock** | **17,500** | |
| **CHARLES SCHWAB & CO INC CUST**<br>**WILLIAM STROUPE IRA;**<br>**ATTN: ALTINV SVC-A/C8497-0744**<br>**211 MAIN ST**<br>**SAN FRANCISCO, CA 94105** | **Common Stock** | **21,333** | |
| **CHEEPER SWEEPER SHOPS INC**<br>**859 E MAIN ST**<br>**FRANKFORT, KY 40601-2570** | **Common Stock** | **500** | |
| **CHRISTOPHER G WETHERBY**<br>**313 BIG EDDY RD**<br>**FRANKFORT, KY 40601-8966** | **Common Stock** | **4,166** | |
| **CLAYTON B PATRICK**<br>**1095 BITTERSWEET LN**<br>**FRANKFORT, KY 40601-7604** | **Common Stock** | **1,348,499** | |
| **Clayton B Patrick**<br>**963 Johnson Rd**<br>**Frankfort, KY 40601-8987** | | | |

Sheet __3__ of __27__ continuation sheets attached to the List of Equity Security Holders

In re   **Financial Holdings, Inc.**                  ,     Case No. _____

                              Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **CLAYTON B PATRICK & LIZ SHEPHERD PATRICK**<br>**1095 BITTERSWEET LN**<br>**FRANKFORT, KY 40601-7604** | **Common Stock** | **15,000** | |
| **CLAYTON BRADLEY PATRICK CUST**<br>**CARSON BRADLEY PATRICK UGMA-KY**<br>**1095 BITTERSWEET LN**<br>**FRANKFORT, KY 40601-7604** | **Common Stock** | **9,000** | |
| **CLAYTON BRADLEY PATRICK CUST**<br>**CLAYTON MCCOY PATRICK UGMA-KY**<br>**1095 BITTERSWEET LN**<br>**FRANKFORT, KY 40601-7604** | **Common Stock** | **9,000** | |
| **CLAYTON BRADLEY PATRICK CUST**<br>**COOPER ALLEN PATRICK UGMA-KY**<br>**1095 BITTERSWEET LN**<br>**FRANKFORT, KY 40601-7604** | **Common Stock** | **9,000** | |
| **CORNSTALK ENTERPRISES, INC**<br>**2105 JACKSON AVE**<br>**POINT PLEASANT, WV 25550-1936** | **Common Stock** | **2,000** | |
| **CREIGHTON HOLLOWAY RANDALL**<br>**54 OLD SCHUYLERVILLE RD**<br>**SARATOGA SPRINGS, NY 12866-5311** | **Common Stock** | **700** | |
| **CUMBERLAND SECURITY BANK**<br>**C/O G MICHAEL SIMPSON**<br>**107 S MAIN ST**<br>**SOMERSET, KY 42501-2005** | **Common Stock** | **21,435** | |
| **DAN MAENZA**<br>**140 SARATOGA DR**<br>**FRANKFORT, KY 40601-4803** | **Common Stock** | **3,100** | |
| **DAN MAENZA OR ANN MAENZA CUST**<br>**LAUREN MAENZA**<br>**140 SARATOGA DR**<br>**FRANKFORT, KY 40601-4803** | **Common Stock** | **3,100** | |
| **DAN RAUSCHER INCORPORATED,**<br>**C/F JULIE FRENDLE IRA**<br>**ATTN: ALTERNATIVE INVESTMENTS**<br>**60 SOUTH 6thSTREET, MAILSTOP :P09**<br>**MINNEAPOLIS, MN 55402-1110** | **Common Stock** | **12,300** | |
| **DAN RAUSCHER INCORPORATED,**<br>**C/F RICK FRENDLE IRA**<br>**ATTN: ALTERNATIVE INVESTMENTS**<br>**510 MARQUETTE AVE**<br>**MINNEAPOLIS, MN 55402-1110** | **Common Stock** | **4,200** | |

Sheet  __4__  of  __27__  continuation sheets attached to the List of Equity Security Holders

In re    **Financial Holdings, Inc.**                                        ,      Case No. _____
                                     Debtor

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **DANIEL P ISSEL & CHERYL H ISSEL 4370 CHATEAU RIDGE LN CASTLE ROCK, CO 80108-8423** | **Common Stock** | **16,667** | |
| **DANIEL REED 14120 LANGLAND PL LOUISVILLE, KY 40245-4096** | **Common Stock** | **6,775** | |
| **DANNY R WILLIS 964 JOHNSON RD FRANKFORT, KY 40601-8986** | **Common Stock** | **5,000** | |
| **DARRYL STITH 711 MALABU DR LEXINGTON, KY 40502-3338** | **Common Stock** | **2,000** | |
| **DAVID B CAMPBELL 873 EVERGREEN RD FRANKFORT, KY 40601-9096** | **Common Stock** | **4,000** | |
| **DAVID C HUGHES & DORA S HUGHES 507 HONEYSUCKLE RD SHELBYVILLE, KY 40065-8902** | **Common Stock** | **2,500** | |
| **DAVID C PATRICK CUST DAVID C PATRICK II & LUCAS M PATRICK UGMA-KY 515 LEAWOOD DR FRANKFORT, KY 40601-4453** | **Common Stock** | **417** | |
| **DAVID CAMPBELL CUST 520 GREEN WILSON RD FRANKFORT, KY 40601-8166** | **Common Stock** | **1,000** | |
| **DAVID HORNUNG 607 GREEN MEADOWS LN RED OAK, TX 75154-1474** | **Common Stock** | **1,500** | |
| **DAVID L RICKERT & CAROL L RICKERT 544 BARBERRY LN LOUISVILLE, KY 40206-2975** | **Common Stock** | **11,000** | |
| **DAVID L STANLEY 8403 WESTOVER DR PROSPECT, KY 40059-9498** | **Common Stock** | **5,670** | |
| **DAVID LUKENS II TRUST 5850 PEMBROKE CY MISSION HILLS, KS 66208-1148** | **Common Stock** | **84,000** | |

Sheet __5__ of __27__ continuation sheets attached to the List of Equity Security Holders

In re    **Financial Holdings, Inc.**                                    ,    Case No. _____
                                      Debtor

## LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **DAVID MICHAEL TAYLOR & RITA TAYLOR**<br>**215 BLUERIDGE DR**<br>**FRANKFORT, KY 40601-1414** | **Common Stock** | **200** | |
| **DAVID PATRICK**<br>**8407 BRAESWOOD ESTATES DR**<br>**O FALLON, IL 62269-4235** | **Common Stock** | **1,000** | |
| **DAVID SCOTT HILS & THERESA A HILS**<br>**PO BOX 555**<br>**UNION, KY 41091-0555** | **Common Stock** | **16,700** | |
| **DAVID TINCHER & JUDY TINCHER**<br>**1640 S BENSON RD**<br>**FRANKFORT, KY 40601-7603** | **Common Stock** | **5,000** | |
| **DENISE VAN STEENLANDT**<br>**179 GOGGIN LN**<br>**DANVILLE, KY 40422-9322** | **Common Stock** | **2,200** | |
| **DOLT CAPITAL LTD**<br>**C/O FRED C DOLT JR**<br>**325 MOCKINGBIRD HILL RD**<br>**LOUISVILLE, KY 40207** | **Common Stock** | **7,000** | |
| **DON G TRUE & JACQUELINE TRUE**<br>**128 JEANETTE AVE**<br>**FRANKFORT, KY 40601-1662** | **Common Stock** | **39,000** | |
| **DONALD R SHANNON & ANN M SHANNON**<br>**2208 HARKAWAY PL**<br>**LEXINGTON, KY 40515-1256** | **Common Stock** | **1,000** | |
| **DONALD W DRURY**<br>**140 S HILL RD**<br>**VERSAILLES, KY 40383-1392** | **Common Stock** | **12,750** | |
| **DONNIE R PERKINS & JAYNE PERKINS**<br>**435 FRANK CLARK RD**<br>**OWENTON, KY 40359-8081** | **Common Stock** | **1,000** | |
| **DORIS M SATTERLY**<br>**134 LOCUST HILL DR**<br>**FRANKFORT, KY 40601** | **Common Stock** | **2,000** | |
| **DOUGLAS POWELL**<br>**1014 WEST ALTGELD**<br>**CHICAGO, IL 60614** | **Common Stock** | **2,850** | |

Sheet  **6**  of  **27**  continuation sheets attached to the List of Equity Security Holders

In re    **Financial Holdings, Inc.**
_____,    Case No. _____
                                    Debtor

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **EDDIE HARROD & SUSAN HARROD**<br>**515 EVERGREEN RD**<br>**FRANKFORT, KY 40601-9094** | **Common Stock** | **417** | |
| **EDWARD H ADAMS & JAYNE C ADAMS**<br>**562 TATATO TRL**<br>**FRANKFORT, KY 40601-1635** | **Common Stock** | **2,750** | |
| **ELIZABETH LLOYD JONES**<br>**PO BOX 487**<br>**MIDWAY, KY 40347-0487** | **Common Stock** | **1,650** | |
| **FIFTH THIRD BANK CUST**<br>**ROLLOVER #38380026218564**<br>**250 W  MAIN ST - SUITE100**<br>**LEXINGTON, KY 40507-1714** | **Common Stock** | **25,000** | |
| **FIFTH THIRD BANK TR**<br>**BARRY C BRAUCH IRA**<br>**ACCOUNT #3838-002-6218424**<br>**250 W MAIN ST - SUITE 100**<br>**LEXINGTON, KY 40507** | **Common Stock** | **25,000** | |
| **FIRST BAPTIST CHURCH**<br>**CHAIRMAN OF THE BOARD**<br>**PO BOX 120**<br>**FRANKFORT, KY 40602-0120** | **Common Stock** | **300** | |
| **FIRST CORINTHIAN BAPTIST CHURCH**<br>**REVEREND LOUIS A NEWBY**<br>**372 PREAKNESS DR**<br>**LEXINGTON, KY 40516-9652** | **Common Stock** | **300** | |
| **FLETCHER W GABBARD**<br>**521 REED LN**<br>**LEXINGTON, KY 40503-1227** | **Common Stock** | **1,500** | |
| **FRANCES M HAWKINS**<br>**987 INVERNESS RD**<br>**FRANKFORT, KY 40601-8898** | **Common Stock** | **6,750** | |
| **FRANK L HAYDON & CATHY HAYDON**<br>**110 FOXLEY LN**<br>**FRANKFORT, KY 40601-4863** | **Common Stock** | **30,500** | |
| **FRED F ROSER III & KAREN W ROSER**<br>**2113 ISLAND CV**<br>**LEXINGTON, KY 40502-3102** | **Common Stock** | **7,484** | |
| **FREDERICK C DOLT JR TR U/A JUL 23 90**<br>**324 MOCKINGBIRD HILL RD**<br>**LOUISVILLE, KY 40207** | **Common Stock** | **9,000** | |

Sheet __7__ of __27__ continuation sheets attached to the List of Equity Security Holders

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

In re    **Financial Holdings, Inc.**                                        ,    Case No. _____

_____
Debtor

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **GALEN PACKER RANDALL**<br>**54 OLD SCHUYLERVILLE RD**<br>**SARATOGA SPRINGS, NY 12866-5311** | **Common Stock** | **700** | |
| **GARY T WILSON OR JOYCE A WILSON**<br>**1927 MOUNT ZION RD**<br>**FRANKFORT, KY 40601-9162** | **Common Stock** | **15,200** | |
| **GARY TROY MITCHUM & JULIE ANN MITCHUM**<br>**4363 13TH WAY NE**<br>**ST PETERSBURG, FL 33703-5319** | **Common Stock** | **1,200** | |
| **GENE HEUSTIS & EDNA Q HUESTIS CO-TRUSTEE**<br>**U/A JUNE 25 97 GENE HUESTIS LIVING**<br>**705 RUDY LN**<br>**LOUISVILLE, KY 40207-2347** | **Common Stock** | **1,000** | |
| **GEORGE R BURGESS & CATHERINE C BURGESS**<br>**212 WALMAC ST**<br>**FRANKFORT, KY 40601-4826** | **Common Stock** | **1,000** | |
| **GERRY F EVANS, TRUSTEE U/A DEC 31 95**<br>**STEPHEN J EVANS & GERRY EVANS**<br>**FAMILY TRUST**<br>**2100 GARDINER LN STE 207**<br>**LOUISVILLE, KY 40205-2948** | **Common Stock** | **1,000** | |
| **GERRY F JONES**<br>**1906 CONCORD DR**<br>**ALLISON PARK, PA 15101-1910** | **Common Stock** | **3,000** | |
| **GERRY F JONES & JOHN G JONES, JR**<br>**1906 CONCORD DR**<br>**ALLISON PARK, PA 15101-1910** | **Common Stock** | **2,000** | |
| **GLADYS DAILY**<br>**4143 MOUNT EDEN RD**<br>**SHELBYVILLE, KY 40065-9362** | **Common Stock** | **800** | |
| **HANS THIESEN**<br>**1128 W FRY ST #2**<br>**CHICAGO, IL 0642-4116** | **Common Stock** | **23,334** | |
| **HAROLD RUSSELL RENAUD**<br>**8311 E. VIA DE VENTURA**<br>**SCOTTSDALE, AZ 85258** | **Common Stock** | **1,917** | |
| **HOWARD M ALLEN**<br>**229 STONEHEDGE ST**<br>**FRANKFORT, KY 40601-4815** | **Common Stock** | **36,600** | |

Sheet __8__ of __27__ continuation sheets attached to the List of Equity Security Holders

In re    **Financial Holdings, Inc.**                                          ,      Case No. _____

_____

Debtor

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **HOWARD M ALLEN & LEE B ALLEN**<br>**229 STONEHEDGE ST**<br>**FRANKFORT, KY 40601-4815** | **Common Stock** | **516,356** | |
| **HOWARD M ALLEN IRREVOCABLE TRUST**<br>**DTD 9/14/00**<br>**229 STONEHEDGE ST**<br>**FRANKFORT, KY 40601-4815** | **Common Stock** | **4,050** | |
| **HOWARD R DAWSON**<br>**1008 SILVER LAKE BLVD**<br>**FRANKFORT, KY 40601-5303** | **Common Stock** | **44,157** | |
| **HOWARD R DAWSON & MARY C DAWSON**<br>**1008 SILVER LAKE BLVD**<br>**FRANKFORT, KY 40601-5303** | **Common Stock** | **24,834** | |
| **IRA TUPTS**<br>**140 CRAIGS CREEK RD**<br>**VERSAILLES, KY 40383-9649** | **Common Stock** | **6,000** | |
| **J BUTCH SMITH & JANE W SMITH**<br>**1091 MILLS LN**<br>**FRANKFORT, KY 40601-8953** | **Common Stock** | **7,500** | |
| **J TONY CARRISS**<br>**8228 MOUNT EDEN RD**<br>**SHELBYVILLE, KY 40065-9334** | **Common Stock** | **1,000** | |
| **JAMES B MCKATHAN & JOCELYN D MCKATHAN**<br>**6939 W HIGHWAY 316**<br>**REDDICK, FL 32686-3122** | **Common Stock** | **11,667** | |
| **JAMES C HINCHSLIFF**<br>**2145 W HOMER ST**<br>**CHICAGO, IL 60647-4511** | **Common Stock** | **10,500** | |
| **JAMES D SEWELL**<br>**140 MALLARD DR**<br>**FRANKFORT, KY 40601-8644** | **Common Stock** | **834** | |
| **JAMES E TERRELL & JOYCE M TERRELL**<br>**1213 HOPI TRL**<br>**FRANKFORT, KY 40601-1697** | **Common Stock** | **4,000** | |
| **JAMES F BANKS JR & R CAROL BANKS**<br>**240 FAIRWAY DR**<br>**FRANKFORT, KY 40601-3816** | **Common Stock** | **4,500** | |

Sheet __**9**__ of __**27**__ continuation sheets attached to the List of Equity Security Holders

In re    **Financial Holdings, Inc.**                                         ,        Case No. _____
                                        Debtor

## LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **JAMES HIGDON & KAREN HIGDON**<br>**6303 CORNELL CT**<br>**GEORGETOWN, IN 47122-9157** | **Common Stock** | **1,000** | |
| **JAMES MACLIN**<br>**694 BETH LN**<br>**LEXINGTON, KY 40503-3448** | **Common Stock** | **900** | |
| **JAMES R BARRIER & NANCY H BARRIER**<br>**403 OLD COACH RD**<br>**NICHOLASVILLE K, KY 40356-9789** | **Common Stock** | **2,400** | |
| **JAMES R RICE III**<br>**2105 CRITTENDEN MT ZION RD**<br>**DRY RIDGE, KY 41035** | **Common Stock** | **199** | |
| **JAMES R SMITH**<br>**1984 GRAEFENBURG RD**<br>**LAWRENCEBURG, KY 40342-9685** | **Common Stock** | **1,250** | |
| **JAMILYN T RUDOLPH**<br>**7156 PICKWAY DR**<br>**CINCINNATI, OH 45233** | **Common Stock** | **199** | |
| **JAN THOMPSON**<br>**2296 SHANNAWOOD DR**<br>**LEXINGTON, KY 40513-1332** | **Common Stock** | **1,500** | |
| **JANE L CHADESH & JOHN F HEDRICH**<br>**1014 ERIE ST**<br>**OAK PARK, IL 60302-1903** | **Common Stock** | **9,000** | |
| **JANET SUE BUTLER, TRUSTEE**<br>**PO BOX 129**<br>**HILLSBORO, OH 45133-0129** | **Common Stock** | **1,000** | |
| **JANETTE T GUTE**<br>**1675 SE HAWTHORNE RIDGE RD**<br>**WAUKEE, IA 50263** | **Common Stock** | **11,000** | |
| **JANICE PATRICK**<br>**8407 BRAESWOOD ESTATES DR**<br>**O FALLON, IL 62269-4235** | **Common Stock** | **2,000** | |
| **JAY MARTIN LUTTRELL**<br>**1509 BENSON VALLEY RD**<br>**FRANKFORT, KY 40601-8504** | **Common Stock** | **6,917** | |
| **JC BADGETT & PRICILLA BADGETT**<br>**1101 PRADERA DR**<br>**FRANKFORT, KY 40601-4647** | **Common Stock** | **2,500** | |

Sheet __10__ of __27__ continuation sheets attached to the List of Equity Security Holders

In re    **Financial Holdings, Inc.**                    ,     Case No. _____

Debtor

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **JEANNE B SWIKERT**<br>**1340 ASHFORD DR**<br>**FLORENCE, KY 41042** | **Common Stock** | **198** | |
| **JEFF FRYE**<br>**350 MCFALL LANE**<br>**VERSAILLES, KY 40383** | **Common Stock** | **3,000** | |
| **JEFF GARRETT & MARY LYNN GARRETT**<br>**5 AVENUE OF CHAMPIONS**<br>**NICHOLASVILLE K, KY 40356-9720** | **Common Stock** | **2,000** | |
| **JEFF PUMPHREY & ALLISON DEMET PUMPHREY**<br>**PO BOX 715**<br>**MIDWAY, KY 40347-0715** | **Common Stock** | **14,300** | |
| **JEFF ROARK & DIANA ROARK**<br>**1275 SCOTTS FERRY RD E**<br>**VERSAILLES, KY 40383-7010** | **Common Stock** | **3,760** | |
| **JENA COLLINS & ERIC COLLINS**<br>**AMANDA LEWIS CONLEY UNIF GIFT**<br>**3811 N CLEVELAND RD**<br>**LEXINGTON, KY 40516-9664** | **Common Stock** | **8,333** | |
| **JENICE P LEDET, MD**<br>**10866 US HIGHWAY 259**<br>**NACOGDOCHES, TX 75965-0805** | **Common Stock** | **8,000** | |
| **JENNIFER C YANCEY**<br>**2016 HAMPSTEAD LN**<br>**FRANKFORT, KY 40601-8463** | **Common Stock** | **26** | |
| **Jennifer C Yancey**<br>**103 Hay Ave**<br>**Frankfort, KY 40601-4513** | | | |
| **JENNY L RICE**<br>**320 CENTER ST**<br>**FLORENCE, KY 41042** | **Common Stock** | **199** | |
| **JERRY E RICE**<br>**2740 VERONA MUDLICK**<br>**VERONA, KY 41092** | **Common Stock** | **199** | |
| **JERRY THARP TR**<br>**THARP FAMILY TRUST**<br>**18508 E AGUA VERDE DR**<br>**RIO VERDE, AZ 85263-5025** | **Common Stock** | **8,500** | |

Sheet   **11**   of   **27**   continuation sheets attached to the List of Equity Security Holders

In re    **Financial Holdings, Inc.**                                                    Case No. _____
_____,
Debtor

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **JILL P JORDAN**<br>**PO BOX 4773**<br>**FRANKFORT, KY 40604** | **Common Stock** | **199** | |
| **JOE C RUDDER & MARIA S RUDDER**<br>**1438 OLD LAWRENCEBURG RD**<br>**FRANKFORT, KY 40601-8407** | **Common Stock** | **600** | |
| **JOHN A RICE**<br>**15 BEDINGER AVE**<br>**WALTON, KY 41094** | **Common Stock** | **198** | |
| **JOHN A ROUSH & SUSAN L M ROUSH**<br>**763 W MAIN ST**<br>**DANVILLE, KY 40422-1376** | **Common Stock** | **1,250** | |
| **JOHN C ROBERTS, JR**<br>**PO BOX 0143**<br>**FRANKFORT, KY 40602** | **Common Stock** | **417** | |
| **JOHN F HEDRICH**<br>**12839 2345 EAST ST**<br>**PRINCETON, IL 61356-8510** | **Common Stock** | **6,000** | |
| **JOHN NELSON III**<br>**912 ALBEMARLE CT**<br>**LOUISVILLE, KY 40222-5601** | **Common Stock** | **12,270** | |
| **John Nelson III**<br>**8906 Cromwell Hill Rd**<br>**Louisville, KY 40222-5605** | | | |
| **JOHN P HOLLENBACH**<br>**525 PRIMROSE WAY**<br>**LOUISVILLE, KY 40206-2958** | **Common Stock** | **25,670** | |
| **JOHN PAUL BRODERSON TR UA MAY 6 09**<br>**JOHN PAUL BRODERSON FAMILY TRUST**<br>**PO BOX 369**<br>**FRANKFORT, KY 40602-0369** | **Common Stock** | **5,750** | |
| **JOHN PHILLIP FEHSAL, JR**<br>**JESSICA ANN FEHSAL UNIF GIFT MIN**<br>**200 COLSTON LN**<br>**FRANKFORT, KY 40601-9633** | **Common Stock** | **450** | |
| **JOHN PHILLIP FEHSAL, JR CUST**<br>**ACT KY**<br>**200 COLSTON LN**<br>**FRANKFORT, KY 40601-9633** | **Common Stock** | **300** | |

Sheet __12__ of __27__ continuation sheets attached to the List of Equity Security Holders

In re   **Financial Holdings, Inc.**                          ,     Case No. _____

                                      Debtor

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **JOHN PHILLIP FEHSAL, JR CUST**<br>**JILLIAN FEHSAL UNIF GIFT MIN ACT KY**<br>**JOHN JAMES FEHSAL UNIF GIFT MIN**<br>**200 COLSTON LN**<br>**FRANKFORT, KY 40601-9633** | **Common Stock** | **300** | |
| **JOHN PHILLIP FEHSAL, JR CUST**<br>**ACT KY**<br>**200 COLSTON LN**<br>**FRANKFORT, KY 40601-9633** | **Common Stock** | **300** | |
| **JOHN R DAVIS**<br>**2256 SAVANNAH LN**<br>**LEXINGTON, KY 40513-1749** | **Common Stock** | **4,833** | |
| **JOHN S SHROPSHIRE**<br>**656 TALLY RD**<br>**LEXINGTON, KY 40502-2727** | **Common Stock** | **1,167** | |
| John S Shropshire<br>716 Camino Dr<br>Lexington, KY 40502-2799 | | | |
| **JOHN SENTER**<br>**1224 PEAKS MILL RD**<br>**FRANKFORT, KY 40601-8394** | **Common Stock** | **1,000** | |
| John Senter<br>2121 Crystal Creek Dr<br>Frankfort, KY 40601-8906 | | | |
| **JOHN W MCCAULEY & REBECCA C MCCAULEY**<br>**2169 TABORLAKE PLACE**<br>**LEXINGTON, KY 40502** | **Common Stock** | **5,340** | |
| **JOHNNY T L JONES JR**<br>**3395 PARIS PIKE**<br>**LEXINGTON, KY 40511-9558** | **Common Stock** | **23,157** | |
| **JOSEPH M R JOHNSON**<br>**206 MANOR HOUSE LN**<br>**FRANKFORT, KY 40601-8615** | **Common Stock** | **705** | |
| **JOSEPH W RICE**<br>**10966 HUEY PLACE**<br>**WALTON, KY 41094** | **Common Stock** | **199** | |
| **JOYCE M EADS**<br>**3405 MOFFITT ROAD**<br>**MORNINGVIEW, KY 41063** | **Common Stock** | **198** | |

Sheet  **13**  of  **27**  continuation sheets attached to the List of Equity Security Holders

In re    **Financial Holdings, Inc.** _____,    Case No. _____

                                                    Debtor

## LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **JUDY N LANCASTER**<br>**2510 SCOTTS FERRY RD**<br>**VERSAILLES, KY 40383-9356** | **Common Stock** | **21,480** | |
| **Judy N Lancaster**<br>**214 Cheney Rd**<br>**Versailes, KY 40383-8023** | | | |
| **JULIE FRENDLE & RICK FRENDLE**<br>**11809 SAN VICTORIO AVE NE**<br>**ALBUQUERQUE, NM 87111-6212** | **Common Stock** | **16,400** | |
| **JUNETTA D WELTZER**<br>**116 VERNON DR**<br>**CRESTVIEWHILLS, KY 41017** | **Common Stock** | **198** | |
| **JW LUTTRELL**<br>**6194 SAINT JOHNS RD**<br>**FRANKFORT, KY 40601-9105** | **Common Stock** | **2,150** | |
| **JW LUTTRELL & MARLENE LUTTRELL**<br>**6194 SAINT JOHNS RD**<br>**FRANKFORT, KY 40601-9105** | **Common Stock** | **31,000** | |
| **KAREN ANN FEHSAL, CUST**<br>**C/O CAROUSEL FLORIST**<br>**1350 VERSAILLES RD**<br>**FRANKFORT, KY 40601** | **Common Stock** | **300** | |
| **KAREN FEHSAL**<br>**4800 W LEESTOWN RD**<br>**MIDWAY, KY 40347-9025** | **Common Stock** | **450** | |
| **KAREN H REED**<br>**3514 WOODMONT PARK LN**<br>**LOUISVILLE, KY 40245-8490** | **Common Stock** | **6,775** | |
| **Karen H Reed**<br>**429 Webb Rd**<br>**Simpsonville, KY 40067-7431** | | | |
| **KATHERINE JONES MORRISON**<br>**107 DEEPDENE DR**<br>**BALTIMORE, MD 21210** | **Common Stock** | **1,600** | |
| **KATHY MOLNAR SIMPSON**<br>**2675 N GREENVIEW AVE APT G**<br>**CHICAGO, IL 60614-1152** | **Common Stock** | **1,950** | |

Sheet __14__ of __27__ continuation sheets attached to the List of Equity Security Holders

In re     **Financial Holdings, Inc.**                                        Case No. _____
_____ ,
Debtor

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| KAY F HALL & CARROLL G HALL<br>110 BAYBERRY RD<br>VERSAILLES, KY 0383-9106 | Common Stock | 4,000 | |
| KENNETH R SMITH & MARTHA L SMITH<br>900 FRANK CLARK RD<br>OWENTON, KY 40359-8086 | Common Stock | 8,334 | |
| KENNETH ROWLAND & BARBARA ROWLAND<br>2249 HOOP JR CT<br>OWENSBORO, KY 42301-4240 | Common Stock | 4,000 | |
| KIMBERLY NARDELLI<br>455 PAYNES DEPOT RD<br>LEXINGTON, KY 40511-8908 | Common Stock | 3,000 | |
| KIMBERLY T DAVENPORT<br>4 THOREAU DR<br>FRANKFORT, KY 40601-7506 | Common Stock | 2,131 | |
| KMA HOLDING INC<br>KENNETH L COOPER, PRESIDENT<br>53 TIMBERLAWN CIR<br>FRANKFORT, KY 40601-3851 | Common Stock | 750 | |
| KYLE SAMUEL ROSENSTEIN<br>343 WALLER AVE STE 100<br>LEXINGTON, KY 40504-2912 | Common Stock | 1,000 | |
| KYLER CAMPBELL<br>680 GREEN WILSON RD<br>FRANKFORT, KY 40601-8167 | Common Stock | 500 | |
| LARRY STIGERS JR & ELIZABETH A STIGERS<br>1020 MITCHELL LN<br>VERSAILLES, KY 40383-9269 | Common Stock | 99,880 | |
| LAWRENCE W WETHERBY III<br>1058 COOPER DR<br>LEXINGTON, KY 40502-2511 | Common Stock | 4,866 | |
| LEE B ALLEN<br>229 STONEHEDGE ST<br>FRANKFORT, KY 40601-4815 | Common Stock | 26,400 | |
| LEE B ALLEN IRREVOCABLE TRUST<br>DTD 9/14/00<br>229 STONEHEDGE ST<br>FRANKFORT, KY 40601-4815 | Common Stock | 4,050 | |

Sheet __15__ of __27__ continuation sheets attached to the List of Equity Security Holders

In re    **Financial Holdings, Inc.**                                      ,    Case No. _____
                                          Debtor

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **LINDA Z ROBERTS**<br>**2600 E WILLIAMETTE LN**<br>**GREENWOOD VILLAGE, CO 80121-1611** | **Common Stock** | **3,300** | |
| **LIZ SHEPHERD PATRICK**<br>**1095 BITTERSWEET LN**<br>**FRANKFORT, KY 40601-7604** | **Common Stock** | **13,119** | |
| **Liz Shepherd Patrick**<br>**963 Johnson Rd**<br>**Frankfort, KY 40601-8987** | | | |
| **LOUIS WEBER & NELDA WEBER**<br>**6915 MOUNT ZION RD**<br>**FRANKFORT, KY 40601-9113** | **Common Stock** | **2,500** | |
| **LUCIAN CARRIER & MABLE CARRIER**<br>**3341 NINEVAH RD**<br>**FRANKFORT, KY 40601-8960** | **Common Stock** | **417** | |
| **LUCY SIMMS JONES**<br>**PO BOX 487**<br>**MIDWAY, KY 40347-0487** | **Common Stock** | **29,777** | |
| **MARC C STONE**<br>**809 SWITZER RD**<br>**FRANKFORT, KY 40601-9360** | **Common Stock** | **7,500** | |
| **MARGARET C LYSTER**<br>**PO BOX 467**<br>**VERSAILLES, KY 40383-0467** | **Common Stock** | **8,334** | |
| **MARIBETH FEHSAL**<br>**200 COLSTON LN**<br>**FRANKFORT, KY 40601-9633** | **Common Stock** | **450** | |
| **MARISSA DIDONATO**<br>**1421 W CORAL REEF DR**<br>**GILBERT, AZ 85233-6107** | **Common Stock** | **1,669** | |
| **MARK E ROBERTS**<br>**7108 E COSTILLA DR**<br>**CENTENNIAL, CO 80112-1108** | **Common Stock** | **4,000** | |
| **MARK GAY & LEE GAY**<br>**4233 GEORGETOWN RD**<br>**FRANKFORT, KY 40601** | **Common Stock** | **3,357** | |
| **MARY BETH CHANCE & MONTE E CHANCE**<br>**1673 CARDWELL LN**<br>**FRANKFORT, KY 40601-9039** | **Common Stock** | **417** | |

Sheet __16__ of __27__ continuation sheets attached to the List of Equity Security Holders

In re    **Financial Holdings, Inc.**                                    , Case No. _____

                                    Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **MARY L GRAF & BRIAN E GRAF & JONATHAN D GRAF JT TEN**<br>**7909 OLD HIGHWAY 111**<br>**MEMPHIS, IN 47143-9665** | **Common Stock** | **1,600** | |
| **MARY TRISH OSBORN**<br>**207 ALCOTT RD**<br>**LOUISVILLE, KY 40207-4020** | **Common Stock** | **3,375** | |
| **MASON W ROBERTS**<br>**7708 E LONG PL**<br>**CENTENNIAL, CO 80112-2661** | **Common Stock** | **4,000** | |
| **Mason W Roberts**<br>**7054 S Cherry St**<br>**Littleton, CO 80122-1178** | | | |
| **MATT MATTHEWS**<br>**131 MAPLE ST**<br>**VERSAILLES, KY 40383** | **Common Stock** | **25,417** | |
| **MATTHEW STARR BYARLAY**<br>**4005 SKYLINE DR**<br>**NASHVILLE, TN 37215-2318** | **Common Stock** | **1,500** | |
| **MEREDITH LYSTER JONES**<br>**PO BOX 467**<br>**VERSAILLES, KY 40383-0467** | **Common Stock** | **3,117** | |
| **MICHAEL C HINCHSLIFF**<br>**850 N ELSTON AVE**<br>**CHICAGO, IL 60622-4112** | **Common Stock** | **8,500** | |
| **MICHAEL GENE HUGHES**<br>**6687 WOODS PIKE**<br>**PLEASUREVILLE, KY 40057-8649** | **Common Stock** | **28,140** | |
| **MICHAEL PINKSTON & TESA PINKSTON**<br>**1005 MAC ST**<br>**LAWRENCEBURG, KY 40342-1632** | **Common Stock** | **805** | |
| **MICHAEL W MILLER & BETSY POWELL MILLER**<br>**1400 LAGRANGE RD**<br>**SHELBYVILLE, KY 40065-9048** | **Common Stock** | **1,000** | |
| **MICHAEL Z STONE**<br>**1040 SILVER LAKE BLVD**<br>**FRANKFORT, KY 40601-5303** | **Common Stock** | **1,500** | |

Sheet __17__ of __27__ continuation sheets attached to the List of Equity Security Holders

In re    **Financial Holdings, Inc.**                          ,      Case No. _____

                                  Debtor

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Michael Z Stone**<br>**1583 Hickory Ridge Rd**<br>**Waddy, KY 40076-6076** | | | |
| **MORGAN A MARKOWITZ**<br>**747 KIRKLAND DR**<br>**LEXINGTON, KY 40502-3375** | **Common Stock** | **4,200** | |
| **NAN MENSAH**<br>**71 AVENUE OF CHAMPIONS**<br>**NICHOLASVILLE K, KY 40356-9720** | **Common Stock** | **2,000** | |
| **NANCY H TAYLOR**<br>**857 RIDGEVIEW DR**<br>**FRANKFORT, KY 40601-1440** | **Common Stock** | **1,850** | |
| **NATHAN ALLAN & JULIA R EDMONDSON**<br>**106 HILLTOP DR**<br>**LAWRENCEBURG, KY 40342-1130** | **Common Stock** | **10,000** | |
| **NATIONAL CITY BANK OF KY TRUSTEE**<br>**OLNEY MCCOY PATRICK, MD IRA**<br>**ATTN: MARY JO ELDER**<br>**101 S 5TH ST FL 3**<br>**LOUISVILLE, KY 40202-3157** | **Common Stock** | **3,000** | |
| **NOEL RICHARDSON & BRYN RICHARDSON**<br>**17295 151ST RD**<br>**WINFIELD, KS 67156-7524** | **Common Stock** | **2,500** | |
| **PARAN SARANGA**<br>**238 DUNTREATH ST**<br>**FRANKFORT, KY 40601-4819** | **Common Stock** | **834** | |
| **PATRICIA B FANNIN**<br>**1101 INDIAN GAP RD**<br>**FRANKFORT, KY 40601-8772** | **Common Stock** | **8,250** | |
| **PATTI MATTHEWS & TERRY D ROBERTSON**<br>**283 FOREST HILLS BLVD**<br>**NAPLES, FL 34113-7521** | **Common Stock** | **7,500** | |
| **PAUL J ARMSTRONG JR**<br>**128 OLD WEST COACH RD**<br>**NICHOLASVILLE K, KY 40356-8287** | **Common Stock** | **1,250** | |
| **PAUL M MCCLAIN**<br>**6500 HEMPRIDGE RD**<br>**SHELBYVILLE, KY 40065-9399** | **Common Stock** | **78** | |

Sheet  **18**  of  **27**  continuation sheets attached to the List of Equity Security Holders

In re  **Financial Holdings, Inc.**                                    Case No. _____
_____ ,
Debtor

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Paul M McClain**<br>**2053 Johnson Rd**<br>**Louisville, KY 40245-4434** | | | |
| **PAULA DIANNE RADCLIFF**<br>**PO BOX 100**<br>**DEXTER, KS 67038-0100** | **Common Stock** | **7,000** | |
| **RANJANI SARANGA**<br>**238 DUNTREATH ST**<br>**FRANKFORT, KY 40601-4819** | **Common Stock** | **834** | |
| **RAY CLAYTON & ELVINA CLAYTON**<br>**1063 KY HIGHWAY 36 E**<br>**CYNTHIANA, KY 41031-7584** | **Common Stock** | **500** | |
| **REBECCA IRVINE & JAMES MASON**<br>**PO BOX 6245**<br>**ELIZABETHTOWN, KY 42702** | **Common Stock** | **3,000** | |
| **REGINA M RUTLEDGE CUST**<br>**STEPHEN RUTLEDGE**<br>**4720 IRONBRIDGE RD**<br>**LEXINGTON, KY 40515-5048** | **Common Stock** | **15,000** | |
| **REGINA M RUTLEDGE CUST**<br>**VICTORIA RUTLEDGE**<br>**4720 IRONBRIDGE RD**<br>**LEXINGTON, KY 40515-5048** | **Common Stock** | **15,000** | |
| **RICHARD W NICKEL**<br>**236 STONEHEDGE ST**<br>**FRANKFORT, KY 40601-4816** | **Common Stock** | **3,810** | |
| **Richard W Nickel**<br>**1756 E Cullumber Ct**<br>**Gilbert, AZ 85234-6165** | | | |
| **ROBERT BANKS & LAMONA BANKS**<br>**216 PLANTATION LN**<br>**FRANKFORT, KY 40601-8840** | **Common Stock** | **1,667** | |
| **ROBERT J ROSENSTEIN CUST FOR**<br>**JAMIE H ROSENSTEIN UTMA**<br>**343 WALLER AVE STE 100**<br>**LEXINGTON, KY 40504-2912** | **Common Stock** | **1,000** | |
| **ROBERT J ROSENSTEIN TR**<br>**IRVING ROSENSTEIN REVOCABLE TRUST**<br>**343 WALLER AVE STE 100**<br>**LEXINGTON, KY 40504-2912** | **Common Stock** | **7,500** | |

Sheet __19__ of __27__ continuation sheets attached to the List of Equity Security Holders

In re   **Financial Holdings, Inc.**                                    ,    Case No. _____

Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **ROBERT J ROSENSTEIN, CO-TRUSTEE OF THE RJR REVOCABLE TRUST AGREEMENT DTD 12/12/1983, AS AMENDED 343 WALLER AVE STE 100 LEXINGTON, KY 40504-2912** | **Common Stock** | **10,000** | |
| **ROBERT L ARNOLD & CINDY P SMITH, TR THE OWEN BLACKBURN ARNOLD TRUST U/D DTD 10/23/00 207 SEMINOLE TRL FRANKFORT, KY 40601-1731** | **Common Stock** | **600** | |
| **ROBERT L CONLEY SARAH ANN CONLEY UNIF GIFT MIN PO BOX 12707 LEXINGTON, KY 40583-2707** | **Common Stock** | **30,150** | |
| **ROBERT L CONLEY & EMILY MARIE CONLEY PO BOX 12707 LEXINGTON, KY 40583-2707** | **Common Stock** | **350** | |
| **ROBERT L CONLEY & SARAH ANN CONLEY PO BOX 12707 LEXINGTON, KY 40583-2707** | **Common Stock** | **350** | |
| **ROBERT L CONLEY CUST MIN ACT KY EMILY MARIE CONLEY UNIF GIFT MIN PO BOX 12707 LEXINGTON, KY 40583-2707** | **Common Stock** | **2,128** | |
| **ROBERT L CONLEY CUST ACT KY PO BOX 12707 LEXINGTON, KY 40583-2707** | **Common Stock** | **1,778** | |
| **ROBERT L CONLEY CUST ACT KY PO BOX 12707 LEXINGTON, KY 40583-2707** | **Common Stock** | **1,778** | |
| **ROBERT L HOLLOWAY 12930 WOODED FOREST RD MIDDLETOWN, KY 40243-2085** | **Common Stock** | **120,167** | |
| **ROBERT MASON & JUDY MASON 1230 EQUESTRIAN WAY FRANKFORT, KY 40601-5312** | **Common Stock** | **1,767** | |

Sheet __20__ of __27__ continuation sheets attached to the List of Equity Security Holders

In re    **Financial Holdings, Inc.**                                                Case No. _____
_____,
Debtor

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| ROBYN KEMPER CUST UGMA-KY 104 CEDAR RDG FRANKFORT, KY 40601-1494 | Common Stock | 720 | |
| RODNEY H NARDELLI 455 PAYNES DEPOT RD LEXINGTON, KY 40511-8908 | Common Stock | 3,000 | |
| RONALD C WALPERT 104 WILD CHERRY WAY FRANKFORT, KY 40601-7827 | Common Stock | 8,000 | |
| RONALD L DURHAM & BARBARA A DURHAM PO BOX 5226 FRANKFORT, KY 40602-5226 | Common Stock | 20,000 | |
| RONALD WALPERT II 1437 CAREY WAY ATHENS, GA 30606-8603 | Common Stock | 750 | |
| ROSS J ROSENSTEIN 343 WALLER AVE STE 100 LEXINGTON, KY 40504-2912 | Common Stock | 1,000 | |
| ROY R BERNARD PO BOX 36846 SHREVEPORT, LA 71133-6846 | Common Stock | 14,250 | |
| RUBY MCCOY PO BOX 245 MC CARR, KY 41544-0245 | Common Stock | 10,000 | |
| Ruby McCoy 6134 Ware Rd Paris, KY 40361-9068 | | | |
| RUSSELL B MORGAN 905 STUART LN BRENTWOOD, TN 37027 | Common Stock | 1,000 | |
| RUTH B MIXSON & ASHLEY J MIXSON III 1145 RICHLIEV LN FRANKFORT, KY 40601-8482 | Common Stock | 1,850 | |
| SAMANTHA P MARKOWITZ 747 KIRKLAND DR LEXINGTON, KY 40502-3375 | Common Stock | 4,200 | |

Sheet __21__ of __27__ continuation sheets attached to the List of Equity Security Holders

In re    **Financial Holdings, Inc.**                                              Case No. _____
                                                    ,
                                            Debtor

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **SAMUEL T SMITHER & ANN M SMITHER**<br>**1214 DISCHER DR**<br>**FRANKFORT, KY 40601-1692** | **Common Stock** | **834** | |
| **SAMYE N MILLER**<br>**711 MALABU DR**<br>**LEXINGTON, KY 40502-3338** | **Common Stock** | **400** | |
| **SANDRA J DUNN**<br>**1 ORCHARD HILL**<br>**POINT PLEASANT, WV 25550-1944** | **Common Stock** | **14,000** | |
| **SANDRA MURPHY**<br>**11 STARLIGHT LN**<br>**MOREHEAD, KY 40351-7604** | **Common Stock** | **2,000** | |
| **SARA L ISAACS**<br>**DONALD JOSEPH ISENBECK UGMA-KY**<br>**19856 CULLEN RIDGE DR**<br>**PORTER, TX 77365** | **Common Stock** | **198** | |
| **SBC INVESTMENTS LTD**<br>**BILL CASNER, PRESIDENT & GENERAL PARTNER**<br>**5500 PRESTON RD STE 250**<br>**DALLAS, TX 75205-2699** | **Common Stock** | **83,333** | |
| **SCOTT HORNUNG**<br>**908 MAGER AVE**<br>**WALHALLA, ND 58282-4402** | **Common Stock** | **1,500** | |
| **SHARON FIELDS**<br>**203 PIN OAK PL**<br>**FRANKFORT, KY 40601-4250** | **Common Stock** | **4,200** | |
| **STACY L LAMB**<br>**108 HOPE DR**<br>**FRANKFORT, KY 40601-9835** | **Common Stock** | **65** | |
| **STARR ALDEN BYARLAY & LAVONNE AGNES BYAR**<br>**LAY REVOCABLE LIVING TRUST**<br>**142 HIGH ST**<br>**VERSAILLES, KY 40383-1306** | **Common Stock** | **2,400** | |
| **STEPHANIE COBB**<br>**1170 OLD TOWN BRANCH RD**<br>**RICHMOND, KY 40475-8115** | **Common Stock** | **37,500** | |
| **STEPHEN MACKEY & LISA TAYLOR MACKEY**<br>**1400 DEERWOOD DR**<br>**FRANKFORT, KY 40601-8215** | **Common Stock** | **200** | |

Sheet __22__ of __27__ continuation sheets attached to the List of Equity Security Holders

In re   **Financial Holdings, Inc.**                                    ,    Case No. _____
                                          Debtor

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| STEPHEN R DAWSON & JULIE D DAWSON<br>1227 EQUESTRIAN WAY<br>FRANKFORT, KY 40601-5315 | Common Stock | 1,917 | |
| STEVE HUDSON<br>470 S BENSON RD<br>FRANKFORT, KY 40601-8013 | Common Stock | 417 | |
| STEVEN HORNUNG<br>904 MAGER AVE<br>WALHALLA, ND 58282-4402 | Common Stock | 1,500 | |
| STEWART F PAGE<br>333 COMANCHE RD<br>SHELBYVILLE, KY 40065-1979 | Common Stock | 3,900 | |
| SUSAN K HOLLOWAY<br>54 OLD SCHUYLERVILLE RD<br>SARATOGA SPRINGS, NY 12866-5311 | Common Stock | 33,000 | |
| SUSAN K HOLLOWAY CUST<br>KATHERINE G RANDALL UGMA-KY<br>54 OLD SCHUYLERVILLE RD<br>SARATOGA SPRINGS, NY 12866-5311 | Common Stock | 700 | |
| SUSAN S ARNOLD<br>1017 SILVER CREEK DR<br>FRANKFORT, KY 40601-8908 | Common Stock | 1,000 | |
| SUSAN S EZRINE<br>PO BOX 54845<br>LEXINGTON, KY 40555-4845 | Common Stock | 1,000 | |
| T TYLER THOMPSON, JR<br>2296 SHANNAWOOD DR<br>LEXINGTON, KY 40513-1332 | Common Stock | 5,250 | |
| T TYLER THOMPSON, JR C/F<br>ALEXANDER M THOMPSON KUGMA<br>2296 SHANNAWOOD DR<br>LEXINGTON, KY 40513-1332 | Common Stock | 850 | |
| TAMARA MCCAIN & CHUCK MCCAIN<br>2333 SOUTHVIEW DR<br>LEXINGTON, KY 40503-1810 | Common Stock | 200 | |
| TAMMY LUTTRELL & DAVID ALLEN LUTTRELL<br>1037 BRADLEY DR<br>LAWRENCEBURG, KY 40342-9658 | Common Stock | 417 | |

Sheet __23__ of __27__ continuation sheets attached to the List of Equity Security Holders

In re    **Financial Holdings, Inc.**                                    Case No. _____
_____ ,
                        Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **TAP & CO**<br>**PO BOX 309**<br>**FRANKFORT, KY 40602-0309** | **Common Stock** | **2,000** | |
| **TERRY ROBERTSON**<br>**171 SIMMONS ST**<br>**VERSAILLES, KY 40383-2201** | **Common Stock** | **585** | |
| **Terry Robertson**<br>**283 Forest Hills Blvd**<br>**Naples, FL 34113-7521** | | | |
| **THARP PROPERTIES LTD**<br>**MR JERRY N THARP**<br>**18508 E AGUA VERDE DR**<br>**RIO VERDE, AZ 85263-5025** | **Common Stock** | **7,500** | |
| **THOMAS A DIXON & BERNICE DIXON**<br>**144 CHEYENNE RD**<br>**SHELBYVILLE, KY 40065-1930** | **Common Stock** | **2,000** | |
| **THOMAS DREW II & MELISSA DREW**<br>**5655 HIGHWAY 66**<br>**NEWBURGH, IN 47630** | **Common Stock** | **2,500** | |
| **THOMAS L PRESTON**<br>**23 GOSHEN ST**<br>**FRANKFORT, KY 40601** | **Common Stock** | **27,907** | |
| **THOMAS M MAJCHER**<br>**103 SOUTHCREEK**<br>**FRANKFORT, KY 40601-4845** | **Common Stock** | **2,083** | |
| **THOMAS WILMES**<br>**1313 COOPER DR**<br>**LEXINGTON, KY 40502-2411** | **Common Stock** | **7,500** | |
| **THOMAS WILMES & SUSAN F WILMES**<br>**1313 COOPER DR**<br>**LEXINGTON, KY 40502-2411** | **Common Stock** | **13,500** | |
| **TIM J WESLEY & NATASHA C WESLEY JT TEN**<br>**3 AVENUE OF CHAMPIONS**<br>**NICHOLASVILLE K, KY 40356-9720** | **Common Stock** | **75,000** | |
| **TIM THORNTON**<br>**PO BOX 487**<br>**MIDWAY, KY 40347-0487** | **Common Stock** | **26,333** | |

Sheet __24__ of __27__ continuation sheets attached to the List of Equity Security Holders

In re    **Financial Holdings, Inc.**                                                     ,    Case No. _____

                                              Debtor

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **TIM WESLEY**<br>**3 AVENUE OF CHAMPIONS**<br>**NICHOLASVILLE K, KY 40356-9720** | **Common Stock** | **50,000** | |
| **TIMOTHY E HUESTIS & HELEN H HUESTIS**<br>**429 KAELIN DR**<br>**LOUISVILLE, KY 40207-2203** | **Common Stock** | **1,000** | |
| **TIMOTHY L COBB CUST**<br>**SYDNEY L COBB UNIF GIFT MIN KY**<br>**1170 OLD TOWN BRANCH RD**<br>**RICHMOND, KY 40475-8115** | **Common Stock** | **1,500** | |
| **TIMOTHY L COBB CUST**<br>**SPENCER L COBB UNIF GIFT MIN KY**<br>**1170 OLD TOWN BRANCH RD**<br>**RICHMOND, KY 40475-8115** | **Common Stock** | **1,500** | |
| **TOM K COOTS & BEVERLY A COOTS**<br>**225 WALMAC ST**<br>**FRANKFORT, KY 40601-4828** | **Common Stock** | **4,000** | |
| **TOMMY BURGETT**<br>**4120 TYRONE PIKE**<br>**VERSAILLES, KY 40383-9043** | **Common Stock** | **335** | |
| **TOMMY STANFIELD & JANICE A STANFIELD**<br>**7300 DIXON PIKE**<br>**MAYSVILLE, KY 41056** | **Common Stock** | **2,000** | |
| **TROY H SEALE**<br>**PO BOX 156**<br>**KEENE, KY 40339-0156** | **Common Stock** | **71,000** | |
| **TROY R BURGESS**<br>**222 KNAPP AVE**<br>**MOREHEAD, KY 40351-1120** | **Common Stock** | **2,000** | |
| **VINA SARANGA**<br>**238 DUNTREATH ST**<br>**FRANKFORT, KY 40601-4819** | **Common Stock** | **416** | |
| **VITA SARANGA**<br>**238 DUNTREATH ST**<br>**FRANKFORT, KY 40601-4819** | **Common Stock** | **416** | |
| **W BRENT RICE TR U/A DEC 12 1990**<br>**JOHN T L JONES IRR TRUST**<br>**3395 PARIS PIKE**<br>**LEXINGTON, KY 40511-9558** | **Common Stock** | **15,000** | |

Sheet __25__ of __27__ continuation sheets attached to the List of Equity Security Holders

In re   **Financial Holdings, Inc.**           ,     Case No. _____

                                Debtor

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **W GRAY LYSTER IV**<br>**PO BOX 467**<br>**VERSAILLES, KY 40383-0467** | **Common Stock** | **3,117** | |
| **WAYNE G LYSTER III**<br>**PO BOX 467**<br>**VERSAILLES, KY 40383-0467** | **Common Stock** | **38,333** | |
| **WAYNE HEDRICK**<br>**21 DIDRICKSON LN**<br>**AMARILLO, TX 79124-1709** | **Common Stock** | **3,000** | |
| **Wayne Hedrick**<br>**20 Citadel Dr**<br>**Amarillo, TX 79124-1400** | | | |
| **WILLIAM A STROUPE**<br>**757 EAST MAIN ST**<br>**FRANKFORT, KY 40601** | **Common Stock** | **112** | |
| **William A Stroupe**<br>**P O Box 19466**<br>**Panama City, FL 32417-1466** | | | |
| **WILLIAM B FRYE (FATHER)**<br>**100 MCFALL LANE**<br>**VERSAILLES, KY 40383-9351** | **Common Stock** | **52,796** | |
| **WILLIAM B FRYE (SON)**<br>**5400 HARRODSBURG RD**<br>**NICHOLASVILLE K, KY 40356** | **Common Stock** | **31,000** | |
| **WILLIAM C BURGER OR JENNIFER BURGER**<br>**1109 ENTRADA DR**<br>**FRANKFORT, KY 40601-4660** | **Common Stock** | **1,000** | |
| **WILLIAM C DAWSON**<br>**214 ASHBY CIR**<br>**VERSAILLES, KY 40383-1543** | **Common Stock** | **6,000** | |
| **WILLIAM D CRAYCRAFT**<br>**3609 MONTEGO CT**<br>**LEXINGTON, KY 40509-9531** | **Common Stock** | **3,750** | |
| **WILLIAM E JOHNSON & LOIS A RATLIFF CO EX**<br>**ESTATE RODNEY R RATLIFF TRUST B**<br>**326 W MAIN ST**<br>**FRANKFORT, KY 40601-1851** | **Common Stock** | **29,500** | |

Sheet __26__ of __27__ continuation sheets attached to the List of Equity Security Holders

In re   **Financial Holdings, Inc.**                                    ,   Case No. _____

Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **WILLIAM L JONES & KATHY L JONES**<br>**1165 AUSTERLITZ RD**<br>**PARIS, KY 40361-9056** | **Common Stock** | **22,500** | |
| **WILLIAM M JOHNSON**<br>**411 WAPPING ST**<br>**FRANKFORT, KY 40601-2641** | **Common Stock** | **1,000** | |
| **WILLIAM O HOWARD & WILLIAM S HOWARD**<br>**1916 IRON WORKS PIKE**<br>**LEXINGTON, KY 40511-8431** | **Common Stock** | **6,642** | |
| **WILLIAM ORUS HOWARD & MARIETTA HOWARD**<br>**1916 IRON WORKS PIKE**<br>**LEXINGTON, KY 40511-8431** | **Common Stock** | **35,334** | |
| **WILLIAM P BUTLER**<br>**C/O CORPOREX COMPANIES**<br>**100 E RIVER CENTER BLVD**<br>**COVINGTON, KY 41011-1555** | **Common Stock** | **809,740** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Chief Executive Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date June 15, 2015                                    Signature /s/ Barry Brauch

**Barry Brauch**
**Chief Executive Officer**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

Sheet __27__ of __27__ continuation sheets attached to the List of Equity Security Holders

# United States Bankruptcy Court
### Eastern District of Kentucky

In re   **Financial Holdings, Inc.** _____    Case No. _____

                                Debtor(s)    Chapter    **11** _____

# VERIFICATION OF MAILING LIST MATRIX

I, the Chief Executive Officer of the corporation named as the petitioner(s) in the above-styled bankruptcy action, declare

under penalty of perjury that the attached mailing list matrix of creditors and other parties in interest consisting of __**33**__ page(s) is true

and correct and complete, to the best of my (our) knowledge.

Date:   June 15, 2015 _____      /s/ Barry Brauch _____

                                           **Barry Brauch**/**Chief Executive Officer**
                                           Signer/Title

I, _____**Adam M. Back**_____, counsel for the petitioner(s) in the above-styled bankruptcy action, declare that the attached Master
Address List consisting of __**33**__ page(s) has been verified by comparison to Schedules D through H to be complete, to the best of my
knowledge.  I further declare that the attached Master Address List can be relied upon by the Clerk of Court to provide notice to all
creditors and parties in interest as related to me by the debtor(s) in the above-styled bankruptcy action until such time as any
amendments may be made.

Date:   June 15, 2015 _____      /s/ Adam M. Back _____

                                           Signature of Attorney
                                           **Adam M. Back**
                                           **Stoll Keenon Ogden PLLC**
                                           **300 West Vine Street**
                                           **Suite 2100**
                                           **Lexington, KY 40507-1801**
                                           **859-231-3000**

AFB PARTNERS (LIMITED PARTNERSHIP)
WILLIAM P BUTLER, GENERAL PARTNER
100 E RIVER CENTER BLVD
COVINGTON KY 41011-1555


ALAN W DOCKERY
224B POPLAR CIR
VERSAILLES KY 40383-1868


ALLEN RAVENSCRAFT & KIMBERLY PACK RAVENS
21 E SCOTT CT
CLEARFIELD KY 40313-9515


ALLISON IMBER
501 PENWOOD RD
LOUISVILLE KY 40206-3031


ALVIN BOGIE
885 HOLT LN
FRANKFORT KY 40601-9438


ANCIE E DOTSON III
124 GRACE HAVEN CT
HILLSBORO TN 37342


ANN ROSENSTEIN GILES
343 WALLER AVE STE 100
LEXINGTON KY 40501-2912


ANTHONY CECIL
2365 HARRODSBURG RD STE B220
LEXINGTON KY 40504-3372


ANTHONY PELASKI & JAYNE PELASKI
3510 FIELDCREST DR
BOWLING GREEN KY 42104-0208


ARTHUR L OWENS OR LULA BELLE OWENS
1011 MAN O WAR DR
FRANKFORT KY 40601-5318

Austin Associates
Investment Bank Services
Attn: Craig J. Mancinotti
7205 W. Central Avenue
Toledo OH 43617


B NED JONES
1615 6TH AVE
HUNTINGTON WV 25703-1452


BANKDAN CUST DENISE VAN STEENLANDT
IRA C/O KENTUCKY TRUST CO
218 W MAIN ST
DANVILLE KY 40422


BANKER'S BANK OF KENTUCKY
C/O JOHN CLARK, EVP
107 PROGRESS DR
FRANKFORT KY 40601-8695


BARRY BRAUCH
4553 CLUBHOUSE DR
LEXINGTON KY 40514-1282


BB & T TRUST OPERATIONS
WILBRANCH & CO AGENT FOR
ROBERT E MACLIN III HR-10 PLAN
PO BOX 2887
WILSON NC 27894-2887


BENJAMIN STIVERS
PO BOX 4091
MIDWAY KY 40347-4091


BENNIE R MAFFET & MARSHA MAFFET
531 TATATO TRL
FRANKFORT KY 40601-1634


BERTON A & TERRI JOHNSON
26 COVINGTON DR
ENGLEWOOD CO 80113-4145


BETTY LEBUS THORNTON
PO BOX 487
MIDWAY KY 40347-0487

BJ BUILDERS, INC
SANDRA J DUNN, PRESIDENT
1820 JEFFERSON BLVD
POINT PLEASANT WV 25550-1335


BOB MATTHEWS
161 YELLOW JACKET DR
VERSAILLES KY 40383-1078


BRAD MEYER
950 HANLY LN
FRANKFORT KY 40601-9286


BRADFORD L COWGILL
783 CHINOE RD
LEXINGTON KY 40502-2809


BRERETON C JONES
PO BOX 487
MIDWAY KY 40347-0487


BRERETON C JONES JR
PO BOX 487
MIDWAY KY 40347-0487


BRIAN KELLY
RICHARD KEMPER & EVYN KEMPER
3840 N TRIPP AVE
CHICAGO IL 60641-3011


BROOKS BOWER
9300 SEATON SPRINGS PKWY
LOUISVILLE KY 40222-5067


BRYAN R LYSTER
PO BOX 467
VERSAILLES KY 40383-0467


BYRD SAYLOR IV
6316 ZURICH CT
PROSPECT KY 40059-7513


Byrd Saylor IV
6000 Maddox Blvd
Prospect KY 40059-8505

BYRON KENT RADCLIFF
PO BOX 100
DEXTER KS 67038-0100


C BROUSSARD HUNDLEY
PO BOX 273
VERSAILLES KY 40383-0273


C MICHAEL DAVENPORT
PO BOX 4254
FRANKFORT KY 40604-4254


CANDACE JONES
347 MERINO ST
LEXINGTON KY 40508-2527


CEDE & CO
P O BOX 222
BOWLING GREEN STATION
NEW YORK NY 10274-0222


CHARLES E HARDIN JR
PO BOX 88
SALYERSVILLE KY 41465-0088


CHARLES E HARDIN JR & MACHELLE HARDIN
PO BOX 88
SALYERSVILLE KY 41465-0088


CHARLES HARDIN & MACHELLE HARDIN CUST
LAUREN HARDIN
PO BOX 88
SALYERSVILLE KY 41465-0088


CHARLES HARDIN & MACHELLE HARDIN CUST
NICHOLAS HARDIN
PO BOX 88
SALYERSVILLE KY 41465-0088


CHARLES R HICKMAN
80 WEISSINGER CT
SHELBYVILLE KY 40065-8345

CHARLES SCHWAB & CO INC CUST
RAMONA FAYE STROUPE MILLER
IRA CONTRIBUTORY
8 SHEFFIELD LN
FRANKFORT KY 40601-3850


CHARLES SCHWAB & CO INC CUST
WILLIAM STROUPE IRA;
ATTN: ALTINV SVC-A/C8497-0744
211 MAIN ST
SAN FRANCISCO CA 94105


CHEEPER SWEEPER SHOPS INC
859 E MAIN ST
FRANKFORT KY 40601-2570


CHRISTOPHER G WETHERBY
313 BIG EDDY RD
FRANKFORT KY 40601-8966


CLAYTON B PATRICK
1095 BITTERSWEET LN
FRANKFORT KY 40601-7604


Clayton B Patrick
963 Johnson Rd
Frankfort KY 40601-8987


CLAYTON B PATRICK & LIZ SHEPHERD PATRICK
1095 BITTERSWEET LN
FRANKFORT KY 40601-7604


CLAYTON BRADLEY PATRICK CUST
CARSON BRADLEY PATRICK UGMA-KY
1095 BITTERSWEET LN
FRANKFORT KY 40601-7604


CLAYTON BRADLEY PATRICK CUST
CLAYTON MCCOY PATRICK UGMA-KY
1095 BITTERSWEET LN
FRANKFORT KY 40601-7604


CLAYTON BRADLEY PATRICK CUST
COOPER ALLEN PATRICK UGMA-KY
1095 BITTERSWEET LN
FRANKFORT KY 40601-7604

CORNSTALK ENTERPRISES, INC
2105 JACKSON AVE
POINT PLEASANT WV 25550-1936


CREIGHTON HOLLOWAY RANDALL
54 OLD SCHUYLERVILLE RD
SARATOGA SPRINGS NY 12866-5311


CUMBERLAND SECURITY BANK
C/O G MICHAEL SIMPSON
107 S MAIN ST
SOMERSET KY 42501-2005


DAN MAENZA
140 SARATOGA DR
FRANKFORT KY 40601-4803


DAN MAENZA OR ANN MAENZA CUST
LAUREN MAENZA
140 SARATOGA DR
FRANKFORT KY 40601-4803


DAN RAUSCHER INCORPORATED,
C/F JULIE FRENDLE IRA
ATTN: ALTERNATIVE INVESTMENTS
60 SOUTH 6thSTREET, MAILSTOP :P09
MINNEAPOLIS MN 55402-1110


DAN RAUSCHER INCORPORATED,
C/F RICK FRENDLE IRA
ATTN: ALTERNATIVE INVESTMENTS
510 MARQUETTE AVE
MINNEAPOLIS MN 55402-1110


DANIEL P ISSEL & CHERYL H ISSEL
4370 CHATEAU RIDGE LN
CASTLE ROCK CO 80108-8423


DANIEL REED
14120 LANGLAND PL
LOUISVILLE KY 40245-4096


DANNY R WILLIS
964 JOHNSON RD
FRANKFORT KY 40601-8986

DARRYL STITH
711 MALABU DR
LEXINGTON KY 40502-3338

DAVID B CAMPBELL
873 EVERGREEN RD
FRANKFORT KY 40601-9096

DAVID C HUGHES & DORA S HUGHES
507 HONEYSUCKLE RD
SHELBYVILLE KY 40065-8902

DAVID C PATRICK CUST
DAVID C PATRICK II &
LUCAS M PATRICK UGMA-KY
515 LEAWOOD DR
FRANKFORT KY 40601-4453

DAVID CAMPBELL CUST
520 GREEN WILSON RD
FRANKFORT KY 40601-8166

DAVID HORNUNG
607 GREEN MEADOWS LN
RED OAK TX 75154-1474

DAVID L RICKERT & CAROL L RICKERT
544 BARBERRY LN
LOUISVILLE KY 40206-2975

DAVID L STANLEY
8403 WESTOVER DR
PROSPECT KY 40059-9498

DAVID LUKENS II TRUST
5850 PEMBROKE CY
MISSION HILLS KS 66208-1148

DAVID MICHAEL TAYLOR & RITA TAYLOR
215 BLUERIDGE DR
FRANKFORT KY 40601-1414

DAVID PATRICK
8407 BRAESWOOD ESTATES DR
O FALLON IL 62269-4235

DAVID SCOTT HILS & THERESA A HILS
PO BOX 555
UNION KY 41091-0555


DAVID TINCHER & JUDY TINCHER
1640 S BENSON RD
FRANKFORT KY 40601-7603


DENISE VAN STEENLANDT
179 GOGGIN LN
DANVILLE KY 40422-9322


DOLT CAPITAL LTD
C/O FRED C DOLT JR
325 MOCKINGBIRD HILL RD
LOUISVILLE KY 40207


DON G TRUE & JACQUELINE TRUE
128 JEANETTE AVE
FRANKFORT KY 40601-1662


DONALD R SHANNON & ANN M SHANNON
2208 HARKAWAY PL
LEXINGTON KY 40515-1256


DONALD W DRURY
140 S HILL RD
VERSAILLES KY 40383-1392


DONNIE R PERKINS & JAYNE PERKINS
435 FRANK CLARK RD
OWENTON KY 40359-8081


DORIS M SATTERLY
134 LOCUST HILL DR
FRANKFORT KY 40601


DOUGLAS POWELL
1014 WEST ALTGELD
CHICAGO IL 60614


EDDIE HARROD & SUSAN HARROD
515 EVERGREEN RD
FRANKFORT KY 40601-9094

EDWARD H ADAMS & JAYNE C ADAMS
562 TATATO TRL
FRANKFORT KY 40601-1635


ELIZABETH LLOYD JONES
PO BOX 487
MIDWAY KY 40347-0487


Federal Deposit Insurance Corporation
Chicago Regional Office
300 South Riverside Plaza
Suite 1700
Chicago IL 60606-3447


Federal Reserve Bank of St. Louis
P.O. Box 442
Saint Louis MO 63166-0442


Federal Reserve Bank of St. Louis
Louisville Branch
National City Tower
101 S. Fifth St., Suite 1920
Louisville KY 40202


FIFTH THIRD BANK CUST
ROLLOVER #38380026218564
250 W  MAIN ST - SUITE100
LEXINGTON KY 40507-1714


FIFTH THIRD BANK TR
BARRY C BRAUCH IRA
ACCOUNT #3838-002-6218424
250 W MAIN ST - SUITE 100
LEXINGTON KY 40507


FIRST BAPTIST CHURCH
CHAIRMAN OF THE BOARD
PO BOX 120
FRANKFORT KY 40602-0120


FIRST CORINTHIAN BAPTIST CHURCH
REVEREND LOUIS A NEWBY
372 PREAKNESS DR
LEXINGTON KY 40516-9652

FLETCHER W GABBARD
521 REED LN
LEXINGTON KY 40503-1227


FRANCES M HAWKINS
987 INVERNESS RD
FRANKFORT KY 40601-8898


FRANK L HAYDON & CATHY HAYDON
110 FOXLEY LN
FRANKFORT KY 40601-4863


FRED F ROSER III & KAREN W ROSER
2113 ISLAND CV
LEXINGTON KY 40502-3102


FREDERICK C DOLT JR TR U/A JUL 23 90
324 MOCKINGBIRD HILL RD
LOUISVILLE KY 40207


GALEN PACKER RANDALL
54 OLD SCHUYLERVILLE RD
SARATOGA SPRINGS NY 12866-5311


GARY T WILSON OR JOYCE A WILSON
1927 MOUNT ZION RD
FRANKFORT KY 40601-9162


GARY TROY MITCHUM & JULIE ANN MITCHUM
4363 13TH WAY NE
ST PETERSBURG FL 33703-5319


GENE HEUSTIS & EDNA Q HUESTIS CO-TRUSTEE
U/A JUNE 25 97 GENE HUESTIS LIVING
705 RUDY LN
LOUISVILLE KY 40207-2347


GEORGE R BURGESS & CATHERINE C BURGESS
212 WALMAC ST
FRANKFORT KY 40601-4826

GERRY F EVANS, TRUSTEE U/A DEC 31 95
STEPHEN J EVANS & GERRY EVANS
FAMILY TRUST
2100 GARDINER LN STE 207
LOUISVILLE KY 40205-2948


GERRY F JONES
1906 CONCORD DR
ALLISON PARK PA 15101-1910


GERRY F JONES & JOHN G JONES, JR
1906 CONCORD DR
ALLISON PARK PA 15101-1910


GLADYS DAILY
4143 MOUNT EDEN RD
SHELBYVILLE KY 40065-9362


HANS THIESEN
1128 W FRY ST #2
CHICAGO IL 0642-4116


HAROLD RUSSELL RENAUD
8311 E. VIA DE VENTURA
SCOTTSDALE AZ 85258


HOWARD M ALLEN
229 STONEHEDGE ST
FRANKFORT KY 40601-4815


HOWARD M ALLEN & LEE B ALLEN
229 STONEHEDGE ST
FRANKFORT KY 40601-4815


HOWARD M ALLEN IRREVOCABLE TRUST
DTD 9/14/00
229 STONEHEDGE ST
FRANKFORT KY 40601-4815


HOWARD R DAWSON
1008 SILVER LAKE BLVD
FRANKFORT KY 40601-5303

HOWARD R DAWSON & MARY C DAWSON
1008 SILVER LAKE BLVD
FRANKFORT KY 40601-5303


Internal Revenue Service
P.O. Box 7346
Philadelphia PA 19101-7346


IRA TUPTS
140 CRAIGS CREEK RD
VERSAILLES KY 40383-9649


J BUTCH SMITH & JANE W SMITH
1091 MILLS LN
FRANKFORT KY 40601-8953


J TONY CARRISS
8228 MOUNT EDEN RD
SHELBYVILLE KY 40065-9334


JAMES B MCKATHAN & JOCELYN D MCKATHAN
6939 W HIGHWAY 316
REDDICK FL 32686-3122


JAMES C HINCHSLIFF
2145 W HOMER ST
CHICAGO IL 60647-4511


JAMES D SEWELL
140 MALLARD DR
FRANKFORT KY 40601-8644


JAMES E TERRELL & JOYCE M TERRELL
1213 HOPI TRL
FRANKFORT KY 40601-1697


JAMES F BANKS JR & R CAROL BANKS
240 FAIRWAY DR
FRANKFORT KY 40601-3816


JAMES HIGDON & KAREN HIGDON
6303 CORNELL CT
GEORGETOWN IN 47122-9157

JAMES MACLIN
694 BETH LN
LEXINGTON KY 40503-3448


JAMES R BARRIER & NANCY H BARRIER
403 OLD COACH RD
NICHOLASVILLE K KY 40356-9789


JAMES R RICE III
2105 CRITTENDEN MT ZION RD
DRY RIDGE KY 41035


JAMES R SMITH
1984 GRAEFENBURG RD
LAWRENCEBURG KY 40342-9685


JAMILYN T RUDOLPH
7156 PICKWAY DR
CINCINNATI OH 45233


JAN THOMPSON
2296 SHANNAWOOD DR
LEXINGTON KY 40513-1332


JANE L CHADESH & JOHN F HEDRICH
1014 ERIE ST
OAK PARK IL 60302-1903


JANET SUE BUTLER, TRUSTEE
PO BOX 129
HILLSBORO OH 45133-0129


JANETTE T GUTE
1675 SE HAWTHORNE RIDGE RD
WAUKEE IA 50263


JANICE PATRICK
8407 BRAESWOOD ESTATES DR
O FALLON IL 62269-4235


JAY MARTIN LUTTRELL
1509 BENSON VALLEY RD
FRANKFORT KY 40601-8504

JC BADGETT & PRICILLA BADGETT
1101 PRADERA DR
FRANKFORT KY 40601-4647


JEANNE B SWIKERT
1340 ASHFORD DR
FLORENCE KY 41042


JEFF FRYE
350 MCFALL LANE
VERSAILLES KY 40383


JEFF GARRETT & MARY LYNN GARRETT
5 AVENUE OF CHAMPIONS
NICHOLASVILLE K KY 40356-9720


JEFF PUMPHREY & ALLISON DEMET PUMPHREY
PO BOX 715
MIDWAY KY 40347-0715


JEFF ROARK & DIANA ROARK
1275 SCOTTS FERRY RD E
VERSAILLES KY 40383-7010


JENA COLLINS & ERIC COLLINS
AMANDA LEWIS CONLEY UNIF GIFT
3811 N CLEVELAND RD
LEXINGTON KY 40516-9664


JENICE P LEDET, MD
10866 US HIGHWAY 259
NACOGDOCHES TX 75965-0805


JENNIFER C YANCEY
2016 HAMPSTEAD LN
FRANKFORT KY 40601-8463


Jennifer C Yancey
103 Hay Ave
Frankfort KY 40601-4513


JENNY L RICE
320 CENTER ST
FLORENCE KY 41042

JERRY E RICE
2740 VERONA MUDLICK
VERONA KY 41092


JERRY THARP TR
THARP FAMILY TRUST
18508 E AGUA VERDE DR
RIO VERDE AZ 85263-5025


JILL P JORDAN
PO BOX 4773
FRANKFORT KY 40604


JOE C RUDDER & MARIA S RUDDER
1438 OLD LAWRENCEBURG RD
FRANKFORT KY 40601-8407


JOHN A RICE
15 BEDINGER AVE
WALTON KY 41094


JOHN A ROUSH & SUSAN L M ROUSH
763 W MAIN ST
DANVILLE KY 40422-1376


JOHN C ROBERTS, JR
PO BOX 0143
FRANKFORT KY 40602


JOHN F HEDRICH
12839 2345 EAST ST
PRINCETON IL 61356-8510


JOHN NELSON III
912 ALBEMARLE CT
LOUISVILLE KY 40222-5601


John Nelson III
8906 Cromwell Hill Rd
Louisville KY 40222-5605


JOHN P HOLLENBACH
525 PRIMROSE WAY
LOUISVILLE KY 40206-2958

```
JOHN PAUL BRODERSON TR UA MAY 6 09
JOHN PAUL BRODERSON FAMILY TRUST
PO BOX 369
FRANKFORT KY 40602-0369


JOHN PHILLIP FEHSAL, JR
JESSICA ANN FEHSAL UNIF GIFT MIN
200 COLSTON LN
FRANKFORT KY 40601-9633


JOHN PHILLIP FEHSAL, JR CUST
ACT KY
200 COLSTON LN
FRANKFORT KY 40601-9633


JOHN PHILLIP FEHSAL, JR CUST
JILLIAN FEHSAL UNIF GIFT MIN ACT KY
JOHN JAMES FEHSAL UNIF GIFT MIN
200 COLSTON LN
FRANKFORT KY 40601-9633


JOHN PHILLIP FEHSAL, JR CUST
ACT KY
200 COLSTON LN
FRANKFORT KY 40601-9633


JOHN R DAVIS
2256 SAVANNAH LN
LEXINGTON KY 40513-1749


JOHN S SHROPSHIRE
656 TALLY RD
LEXINGTON KY 40502-2727


John S Shropshire
716 Camino Dr
Lexington KY 40502-2799


JOHN SENTER
1224 PEAKS MILL RD
FRANKFORT KY 40601-8394


John Senter
2121 Crystal Creek Dr
Frankfort KY 40601-8906
```

JOHN W MCCAULEY & REBECCA C MCCAULEY
2169 TABORLAKE PLACE
LEXINGTON KY 40502


JOHNNY T L JONES JR
3395 PARIS PIKE
LEXINGTON KY 40511-9558


JOSEPH M R JOHNSON
206 MANOR HOUSE LN
FRANKFORT KY 40601-8615


JOSEPH W RICE
10966 HUEY PLACE
WALTON KY 41094


JOYCE M EADS
3405 MOFFITT ROAD
MORNINGVIEW KY 41063


JUDY N LANCASTER
2510 SCOTTS FERRY RD
VERSAILLES KY 40383-9356


Judy N Lancaster
214 Cheney Rd
Versailles KY 40383-8023


JULIE FRENDLE & RICK FRENDLE
11809 SAN VICTORIO AVE NE
ALBUQUERQUE NM 87111-6212


JUNETTA D WELTZER
116 VERNON DR
CRESTVIEWHILLS KY 41017


JW LUTTRELL
6194 SAINT JOHNS RD
FRANKFORT KY 40601-9105


JW LUTTRELL & MARLENE LUTTRELL
6194 SAINT JOHNS RD
FRANKFORT KY 40601-9105

KAREN ANN FEHSAL, CUST
C/O CAROUSEL FLORIST
1350 VERSAILLES RD
FRANKFORT KY 40601


KAREN FEHSAL
4800 W LEESTOWN RD
MIDWAY KY 40347-9025


KAREN H REED
3514 WOODMONT PARK LN
LOUISVILLE KY 40245-8490


Karen H Reed
429 Webb Rd
Simpsonville KY 40067-7431


KATHERINE JONES MORRISON
107 DEEPDENE DR
BALTIMORE MD 21210


KATHY MOLNAR SIMPSON
2675 N GREENVIEW AVE APT G
CHICAGO IL 60614-1152


KAY F HALL & CARROLL G HALL
110 BAYBERRY RD
VERSAILLES KY 0383-9106


KENNETH R SMITH & MARTHA L SMITH
900 FRANK CLARK RD
OWENTON KY 40359-8086


KENNETH ROWLAND & BARBARA ROWLAND
2249 HOOP JR CT
OWENSBORO KY 42301-4240


Kentucky Department of
Financial Institutions
1025 Capital Center Drive
Suite 200
Frankfort KY 40601

Kentucky Department of Revenue
Legal Branch - Bankruptcy Section
P.O. Box 5222
Frankfort KY 40602


KIMBERLY NARDELLI
455 PAYNES DEPOT RD
LEXINGTON KY 40511-8908


KIMBERLY T DAVENPORT
4 THOREAU DR
FRANKFORT KY 40601-7506


KMA HOLDING INC
KENNETH L COOPER, PRESIDENT
53 TIMBERLAWN CIR
FRANKFORT KY 40601-3851


Kurtzman Carson Consultants LLC
Attn: Evan Gershein
2335 Alaska Avenue
El Segundo CA 90245


KYLE SAMUEL ROSENSTEIN
343 WALLER AVE STE 100
LEXINGTON KY 40504-2912


KYLER CAMPBELL
680 GREEN WILSON RD
FRANKFORT KY 40601-8167


LARRY STIGERS JR & ELIZABETH A STIGERS
1020 MITCHELL LN
VERSAILLES KY 40383-9269


LAWRENCE W WETHERBY III
1058 COOPER DR
LEXINGTON KY 40502-2511


LEE B ALLEN
229 STONEHEDGE ST
FRANKFORT KY 40601-4815

LEE B ALLEN IRREVOCABLE TRUST
DTD 9/14/00
229 STONEHEDGE ST
FRANKFORT KY 40601-4815


LINDA Z ROBERTS
2600 E WILLIAMETTE LN
GREENWOOD VILLAGE CO 80121-1611


LIZ SHEPHERD PATRICK
1095 BITTERSWEET LN
FRANKFORT KY 40601-7604


Liz Shepherd Patrick
963 Johnson Rd
Frankfort KY 40601-8987


LOUIS WEBER & NELDA WEBER
6915 MOUNT ZION RD
FRANKFORT KY 40601-9113


LUCIAN CARRIER & MABLE CARRIER
3341 NINEVAH RD
FRANKFORT KY 40601-8960


LUCY SIMMS JONES
PO BOX 487
MIDWAY KY 40347-0487


MARC C STONE
809 SWITZER RD
FRANKFORT KY 40601-9360


MARGARET C LYSTER
PO BOX 467
VERSAILLES KY 40383-0467


MARIBETH FEHSAL
200 COLSTON LN
FRANKFORT KY 40601-9633


MARISSA DIDONATO
1421 W CORAL REEF DR
GILBERT AZ 85233-6107

MARK E ROBERTS
7108 E COSTILLA DR
CENTENNIAL CO 80112-1108


MARK GAY & LEE GAY
4233 GEORGETOWN RD
FRANKFORT KY 40601


MARY BETH CHANCE & MONTE E CHANCE
1673 CARDWELL LN
FRANKFORT KY 40601-9039


MARY L GRAF & BRIAN E GRAF &
JONATHAN D GRAF JT TEN
7909 OLD HIGHWAY 111
MEMPHIS IN 47143-9665


MARY TRISH OSBORN
207 ALCOTT RD
LOUISVILLE KY 40207-4020


MASON W ROBERTS
7708 E LONG PL
CENTENNIAL CO 80112-2661


Mason W Roberts
7054 S Cherry St
Littleton CO 80122-1178


MATT MATTHEWS
131 MAPLE ST
VERSAILLES KY 40383


MATTHEW STARR BYARLAY
4005 SKYLINE DR
NASHVILLE TN 37215-2318


MEREDITH LYSTER JONES
PO BOX 467
VERSAILLES KY 40383-0467


MICHAEL C HINCHSLIFF
850 N ELSTON AVE
CHICAGO IL 60622-4112

MICHAEL GENE HUGHES
6687 WOODS PIKE
PLEASUREVILLE KY 40057-8649


MICHAEL PINKSTON & TESA PINKSTON
1005 MAC ST
LAWRENCEBURG KY 40342-1632


MICHAEL W MILLER & BETSY POWELL MILLER
1400 LAGRANGE RD
SHELBYVILLE KY 40065-9048


MICHAEL Z STONE
1040 SILVER LAKE BLVD
FRANKFORT KY 40601-5303


Michael Z Stone
1583 Hickory Ridge Rd
Waddy KY 40076-6076


MORGAN A MARKOWITZ
747 KIRKLAND DR
LEXINGTON KY 40502-3375


NAN MENSAH
71 AVENUE OF CHAMPIONS
NICHOLASVILLE K KY 40356-9720


NANCY H TAYLOR
857 RIDGEVIEW DR
FRANKFORT KY 40601-1440


NATHAN ALLAN & JULIA R EDMONDSON
106 HILLTOP DR
LAWRENCEBURG KY 40342-1130


NATIONAL CITY BANK OF KY TRUSTEE
OLNEY MCCOY PATRICK, MD IRA
ATTN: MARY JO ELDER
101 S 5TH ST FL 3
LOUISVILLE KY 40202-3157


NOEL RICHARDSON & BRYN RICHARDSON
17295 151ST RD
WINFIELD KS 67156-7524

PARAN SARANGA
238 DUNTREATH ST
FRANKFORT KY 40601-4819


PATRICIA B FANNIN
1101 INDIAN GAP RD
FRANKFORT KY 40601-8772


PATTI MATTHEWS & TERRY D ROBERTSON
283 FOREST HILLS BLVD
NAPLES FL 34113-7521


PAUL J ARMSTRONG JR
128 OLD WEST COACH RD
NICHOLASVILLE K KY 40356-8287


PAUL M MCCLAIN
6500 HEMPRIDGE RD
SHELBYVILLE KY 40065-9399


Paul M McClain
2053 Johnson Rd
Louisville KY 40245-4434


PAULA DIANNE RADCLIFF
PO BOX 100
DEXTER KS 67038-0100


RANJANI SARANGA
238 DUNTREATH ST
FRANKFORT KY 40601-4819


RAY CLAYTON & ELVINA CLAYTON
1063 KY HIGHWAY 36 E
CYNTHIANA KY 41031-7584


REBECCA IRVINE & JAMES MASON
PO BOX 6245
ELIZABETHTOWN KY 42702


REGINA M RUTLEDGE CUST
STEPHEN RUTLEDGE
4720 IRONBRIDGE RD
LEXINGTON KY 40515-5048

```
REGINA M RUTLEDGE CUST
VICTORIA RUTLEDGE
4720 IRONBRIDGE RD
LEXINGTON KY 40515-5048


RICHARD W NICKEL
236 STONEHEDGE ST
FRANKFORT KY 40601-4816


Richard W Nickel
1756 E Cullumber Ct
Gilbert AZ 85234-6165


ROBERT BANKS & LAMONA BANKS
216 PLANTATION LN
FRANKFORT KY 40601-8840


ROBERT J ROSENSTEIN CUST FOR
JAMIE H ROSENSTEIN UTMA
343 WALLER AVE STE 100
LEXINGTON KY 40504-2912


ROBERT J ROSENSTEIN TR
IRVING ROSENSTEIN REVOCABLE TRUST
343 WALLER AVE STE 100
LEXINGTON KY 40504-2912


ROBERT J ROSENSTEIN, CO-TRUSTEE OF THE
RJR REVOCABLE TRUST AGREEMENT
DTD 12/12/1983, AS AMENDED
343 WALLER AVE STE 100
LEXINGTON KY 40504-2912


ROBERT L ARNOLD & CINDY P SMITH, TR
THE OWEN BLACKBURN ARNOLD TRUST
U/D DTD 10/23/00
207 SEMINOLE TRL
FRANKFORT KY 40601-1731


ROBERT L CONLEY
SARAH ANN CONLEY UNIF GIFT MIN
PO BOX 12707
LEXINGTON KY 40583-2707
```

```
ROBERT L CONLEY & EMILY MARIE CONLEY
PO BOX 12707
LEXINGTON KY 40583-2707


ROBERT L CONLEY & SARAH ANN CONLEY
PO BOX 12707
LEXINGTON KY 40583-2707


ROBERT L CONLEY CUST
MIN ACT KY
EMILY MARIE CONLEY UNIF GIFT MIN
PO BOX 12707
LEXINGTON KY 40583-2707


ROBERT L CONLEY CUST
ACT KY
PO BOX 12707
LEXINGTON KY 40583-2707


ROBERT L CONLEY CUST
ACT KY
PO BOX 12707
LEXINGTON KY 40583-2707


ROBERT L HOLLOWAY
12930 WOODED FOREST RD
MIDDLETOWN KY 40243-2085


ROBERT MASON & JUDY MASON
1230 EQUESTRIAN WAY
FRANKFORT KY 40601-5312


ROBYN KEMPER CUST
UGMA-KY
104 CEDAR RDG
FRANKFORT KY 40601-1494


RODNEY H NARDELLI
455 PAYNES DEPOT RD
LEXINGTON KY 40511-8908


RONALD C WALPERT
104 WILD CHERRY WAY
FRANKFORT KY 40601-7827
```

RONALD L DURHAM & BARBARA A DURHAM
PO BOX 5226
FRANKFORT KY 40602-5226


RONALD WALPERT II
1437 CAREY WAY
ATHENS GA 30606-8603


ROSS J ROSENSTEIN
343 WALLER AVE STE 100
LEXINGTON KY 40504-2912


ROY R BERNARD
PO BOX 36846
SHREVEPORT LA 71133-6846


RUBY MCCOY
PO BOX 245
MC CARR KY 41544-0245


Ruby McCoy
6134 Ware Rd
Paris KY 40361-9068


RUSSELL B MORGAN
905 STUART LN
BRENTWOOD TN 37027


RUTH B MIXSON & ASHLEY J MIXSON III
1145 RICHLIEV LN
FRANKFORT KY 40601-8482


SAMANTHA P MARKOWITZ
747 KIRKLAND DR
LEXINGTON KY 40502-3375


SAMUEL T SMITHER & ANN M SMITHER
1214 DISCHER DR
FRANKFORT KY 40601-1692


SAMYE N MILLER
711 MALABU DR
LEXINGTON KY 40502-3338

SANDRA J DUNN
1 ORCHARD HILL
POINT PLEASANT WV 25550-1944


SANDRA MURPHY
11 STARLIGHT LN
MOREHEAD KY 40351-7604


SARA L ISAACS
DONALD JOSEPH ISENBECK UGMA-KY
19856 CULLEN RIDGE DR
PORTER TX 77365


SBC INVESTMENTS LTD
BILL CASNER, PRESIDENT & GENERAL PARTNER
5500 PRESTON RD STE 250
DALLAS TX 75205-2699


SCOTT HORNUNG
908 MAGER AVE
WALHALLA ND 58282-4402


Securities & Exchange Commission
100 F Street, NE
Washington DC 20549


SHARON FIELDS
203 PIN OAK PL
FRANKFORT KY 40601-4250


STACY L LAMB
108 HOPE DR
FRANKFORT KY 40601-9835


STARR ALDEN BYARLAY & LAVONNE AGNES BYAR
LAY REVOCABLE LIVING TRUST
142 HIGH ST
VERSAILLES KY 40383-1306


STEPHANIE COBB
1170 OLD TOWN BRANCH RD
RICHMOND KY 40475-8115

```
STEPHEN MACKEY & LISA TAYLOR MACKEY
1400 DEERWOOD DR
FRANKFORT KY 40601-8215


STEPHEN R DAWSON & JULIE D DAWSON
1227 EQUESTRIAN WAY
FRANKFORT KY 40601-5315


STEVE HUDSON
470 S BENSON RD
FRANKFORT KY 40601-8013


STEVEN HORNUNG
904 MAGER AVE
WALHALLA ND 58282-4402


STEWART F PAGE
333 COMANCHE RD
SHELBYVILLE KY 40065-1979


SUSAN K HOLLOWAY
54 OLD SCHUYLERVILLE RD
SARATOGA SPRINGS NY 12866-5311


SUSAN K HOLLOWAY CUST
KATHERINE G RANDALL UGMA-KY
54 OLD SCHUYLERVILLE RD
SARATOGA SPRINGS NY 12866-5311


SUSAN S ARNOLD
1017 SILVER CREEK DR
FRANKFORT KY 40601-8908


SUSAN S EZRINE
PO BOX 54845
LEXINGTON KY 40555-4845


Susan Zaunbrecher
Michael G. Dailey
Dinsmore & Shohl LLP
255 East Fifth Street, Suite 1900
Cincinnati OH 45202
```

T TYLER THOMPSON, JR
2296 SHANNAWOOD DR
LEXINGTON KY 40513-1332


T TYLER THOMPSON, JR C/F
ALEXANDER M THOMPSON KUGMA
2296 SHANNAWOOD DR
LEXINGTON KY 40513-1332


TAMARA MCCAIN & CHUCK MCCAIN
2333 SOUTHVIEW DR
LEXINGTON KY 40503-1810


TAMMY LUTTRELL & DAVID ALLEN LUTTRELL
1037 BRADLEY DR
LAWRENCEBURG KY 40342-9658


TAP & CO
PO BOX 309
FRANKFORT KY 40602-0309


TERRY ROBERTSON
171 SIMMONS ST
VERSAILLES KY 40383-2201


Terry Robertson
283 Forest Hills Blvd
Naples FL 34113-7521


THARP PROPERTIES LTD
MR JERRY N THARP
18508 E AGUA VERDE DR
RIO VERDE AZ 85263-5025


THOMAS A DIXON & BERNICE DIXON
144 CHEYENNE RD
SHELBYVILLE KY 40065-1930


THOMAS DREW II & MELISSA DREW
5655 HIGHWAY 66
NEWBURGH IN 47630


THOMAS L PRESTON
23 GOSHEN ST
FRANKFORT KY 40601

```
THOMAS M MAJCHER
103 SOUTHCREEK
FRANKFORT KY 40601-4845


THOMAS WILMES
1313 COOPER DR
LEXINGTON KY 40502-2411


THOMAS WILMES & SUSAN F WILMES
1313 COOPER DR
LEXINGTON KY 40502-2411


TIM J WESLEY & NATASHA C WESLEY JT TEN
3 AVENUE OF CHAMPIONS
NICHOLASVILLE K KY 40356-9720


TIM THORNTON
PO BOX 487
MIDWAY KY 40347-0487


TIM WESLEY
3 AVENUE OF CHAMPIONS
NICHOLASVILLE K KY 40356-9720


TIMOTHY E HUESTIS & HELEN H HUESTIS
429 KAELIN DR
LOUISVILLE KY 40207-2203


TIMOTHY L COBB CUST
SYDNEY L COBB UNIF GIFT MIN KY
1170 OLD TOWN BRANCH RD
RICHMOND KY 40475-8115


TIMOTHY L COBB CUST
SPENCER L COBB UNIF GIFT MIN KY
1170 OLD TOWN BRANCH RD
RICHMOND KY 40475-8115


Todd C. Meyers
Robbin S. Rahman
Kilpatrick Townsend
1100 Peachtree Street NE, Suite 2800
Atlanta GA 30309-4528
```

```
TOM K COOTS & BEVERLY A COOTS
225 WALMAC ST
FRANKFORT KY 40601-4828


TOMMY BURGETT
4120 TYRONE PIKE
VERSAILLES KY 40383-9043


TOMMY STANFIELD & JANICE A STANFIELD
7300 DIXON PIKE
MAYSVILLE KY 41056


TROY H SEALE
PO BOX 156
KEENE KY 40339-0156


TROY R BURGESS
222 KNAPP AVE
MOREHEAD KY 40351-1120


VINA SARANGA
238 DUNTREATH ST
FRANKFORT KY 40601-4819


VITA SARANGA
238 DUNTREATH ST
FRANKFORT KY 40601-4819


W BRENT RICE TR U/A DEC 12 1990
JOHN T L JONES IRR TRUST
3395 PARIS PIKE
LEXINGTON KY 40511-9558


W GRAY LYSTER IV
PO BOX 467
VERSAILLES KY 40383-0467


WAYNE G LYSTER III
PO BOX 467
VERSAILLES KY 40383-0467


WAYNE HEDRICK
21 DIDRICKSON LN
AMARILLO TX 79124-1709
```

Wayne Hedrick
20 Citadel Dr
Amarillo TX 79124-1400


WILLIAM A STROUPE
757 EAST MAIN ST
FRANKFORT KY 40601


William A Stroupe
P O Box 19466
Panama City FL 32417-1466


WILLIAM B FRYE (FATHER)
100 MCFALL LANE
VERSAILLES KY 40383-9351


WILLIAM B FRYE (SON)
5400 HARRODSBURG RD
NICHOLASVILLE K KY 40356


WILLIAM C BURGER OR JENNIFER BURGER
1109 ENTRADA DR
FRANKFORT KY 40601-4660


WILLIAM C DAWSON
214 ASHBY CIR
VERSAILLES KY 40383-1543


WILLIAM D CRAYCRAFT
3609 MONTEGO CT
LEXINGTON KY 40509-9531


WILLIAM E JOHNSON & LOIS A RATLIFF CO EX
ESTATE RODNEY R RATLIFF TRUST B
326 W MAIN ST
FRANKFORT KY 40601-1851


WILLIAM L JONES & KATHY L JONES
1165 AUSTERLITZ RD
PARIS KY 40361-9056


WILLIAM M JOHNSON
411 WAPPING ST
FRANKFORT KY 40601-2641

```
WILLIAM O HOWARD & WILLIAM S HOWARD
1916 IRON WORKS PIKE
LEXINGTON KY 40511-8431


WILLIAM ORUS HOWARD & MARIETTA HOWARD
1916 IRON WORKS PIKE
LEXINGTON KY 40511-8431


WILLIAM P BUTLER
C/O CORPOREX COMPANIES
100 E RIVER CENTER BLVD
COVINGTON KY 41011-1555


Wilmington Trust Company, Trustee f/b/o
American Founders Statutory Trust I
Attn: Corporate Trust Administration
Rodney Square N, 1100 N Market St
Wilmington DE 19890-1600


WPB-AFB, LLC
100 E. Rivercenter Drive
Suite 1100
Covington KY 41011
```

# United States Bankruptcy Court
### Eastern District of Kentucky

In re    **Financial Holdings, Inc.**
_____
Debtor(s)

Case No. _____

Chapter    **11**
_____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for ___**Financial Holdings, Inc.**___ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

June 15, 2015
_____
Date

/s/ Adam M. Back
_____
**Adam M. Back**
Signature of Attorney or Litigant
Counsel for    **Financial Holdings, Inc.**
**Stoll Keenon Ogden PLLC**
**300 West Vine Street**
**Suite 2100**
**Lexington, KY 40507-1801**
**859-231-3000**