**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**LEXINGTON DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| FINANCIAL HOLDINGS, INC., | ) | Case No. 15-51187 |
| | ) | |
| DEBTOR. | ) | Chapter 11 |
| | ) | |

**ORDER SCHEDULING EXPEDITED HEARINGS AND SHORTENING NOTICE**
**ON (A) BIDDING PROCEDURES HEARING AND (B) SALE HEARING**
**AND ESTABLISHING OBJECTION DEADLINES FOR SAME**

Upon the motion of Financial Holdings, Inc., as debtor and debtor in possession ("FHI" or the "Debtor") for entry of an Order: (i) scheduling expedited hearings on the Debtor's *Motion for an Order (I) Approving (A) Bidding Procedures, (B) Bidding Protections, (C) WPB-AFB, LLC or its Assignee as Stalking Horse Bidder, (D) the Form and Manner of the Notice of the Sale of the Bank Common Stock, and (E) Other Related Relief; and (II) Authorizing and Approving the Sale of the Bank Common Stock Free and Clear of Liens, Claims and Encumbrances* (the "Sale Motion"); and (ii) shortening the associated notice periods (the "Motion for Expedited Hearings")[1]; and having considered the Declaration of Barry C. Brauch in Support of First Day Pleadings; and the Court having determined that the legal and factual bases set forth in the Motion for Expedited Hearings establish just cause for the relief granted herein; and the Court having determined that the relief sought in the Motion for Expedited Hearings is in the best interests of the Debtor and its estate; and it further appearing that no objections having been filed or any timely objections being hereby overruled; and the Court being otherwise duly and sufficiently advised; and having considered same;

IT IS HEREBY ORDERED as follows:

---

[1] Any capitalized terms not otherwise defined herein shall have the meaning given to them in the Sale Motion.

1. The Debtor has articulated good and sufficient reasons for approving the Motion for Expedited Hearings and the same is granted to the extent provided herein.

2. The Court shall conduct a hearing on the Bidding Procedures, as described in the Sale Motion, on or before June 29, 2015.

3. Any objections to the Bidding Procedures must be filed no later than four (4) days prior to the Bidding Procedures Hearing; and the Debtor may file a reply to any timely-filed objection no later than twenty-four (24) hours prior to the Bidding Procedures Hearing.

4. The Court shall conduct the Sale Hearing on or before July 31, 2015.

5. Any objections to the Sale Motion must be filed no later than four (4) days prior to the Sale Hearing; and the Debtor may file a reply to any timely-filed objection no later than twenty-four (24) hours prior to the Sale Hearing.

6. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation and/or enforcement of this Order.

7. This is a final Order.

Tendered by:

STOLL KEENON OGDEN PLLC

/s/ Adam M. Back
Adam M. Back
Jessica L. Haurylko
300 West Vine Street, Suite 2100
Lexington, Kentucky 40507
Telephone: (859) 231-3000
Facsimile: (859) 253-1093
E-mail: adam.back@skofirm.com
          jessica.haurylko@skofirm.com

*Proposed Counsel for the Debtor and Debtor in Possession*

**Pursuant to KYEB LBR 9022-1(b), tendering counsel shall cause a copy of this Order to be served on all non-ECF parties entitled to notice and shall file a certificate of service stating the names, manner and date of service within 7 days of the entry hereof.**

115449.152190/4395796.1

---

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



Signed By:
*Gregory R. Schaaf*
**Bankruptcy Judge**
**Dated: Friday, June 19, 2015**
(grs)