**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| FINANCIAL HOLDINGS, INC., | ) | Case No. 15-51187 |
| | ) | |
| DEBTOR. | ) | Chapter 11 |
| | ) | |

**AGREED ORDER VACATING PRIOR ORDER AND GIVING NOTICE OF
BIDDING PROCEDURES HEARING SCHEDULED FOR JULY 1, 2015**

This matter having come on for hearing before the Court on the Debtor's *Motion for an Order: (I) Approving (A) Bidding Procedures, (B) Bidding Protections, (C) WPB-AFB, LLC or its Assignee as Stalking Horse Bidder, (D) the Form and Manner of the Notice of the Sale of the Bank Common Stock, and (E) Other Related Relief; and (II) Authorizing and Approving the Sale of the Bank Common Stock Free and Clear of Liens, Claims and Encumbrances* (the "Bid Procedures Motion") [Doc. 9], and the Debtor's *Motion for Expedited Hearings and Shortened Notice on Relief Requested in the Sale Motion* (the "Motion for Expedited Hearings") [Doc. 11]; and an Objection to the Motion for Expedited Hearings [Doc. 23] having been filed by Wilmington Trust Company, as Trustee ("Wilmington"); and the Debtor and Wilmington being in agreement that this Agreed Order shall resolve Wilmington's Objection to the Motion for Expedited Hearings; and the Court, having conducted a hearing and having inadvertently entered an order [Doc. 37] tendered with the Motion for Expedited Hearings which schedules the bid procedures hearing for June 29, 2015; and the Court having reviewed the record and determined that the relief requested in the Motion is in the best interests of the Debtor, its estate, its creditors, and other parties-in-interest; and it appearing that proper and adequate notice of the Motion for Expedited Hearings has been given and that no other or further notice is necessary; and upon the

record herein; and after due deliberation thereon; and good and sufficient cause appearing therefore;

IT IS HEREBY ORDERED AS FOLLOWS:

1. The Order [Doc. 37] previously entered by the Court which schedules a hearing for June 29, 2015 on the Bidding Procedures contained in the Bid Procedures Motion is hereby vacated.

2. The Bidding Procedures requested by the Debtor via the Bid Procedures Motion will be heard before the Court on July 1, 2015 at 9:00 A.M. (ET) or as soon thereafter as counsel may be heard in the United States Bankruptcy Court, 2nd Floor Courtroom, 100 East Vine Street, Lexington, Kentucky 40507.

3. Any objections to the Bidding Procedures shall be filed on or before June 26, 2015.

4. A date and time for the hearing to confirm the contemplated sale shall be scheduled at the July 1, 2015 hearing.

                          Document      Page 3 of 3

Tendered by:

STOLL KEENON OGDEN PLLC

/s/ Adam M. Back
Adam M. Back
Jessica L. Haurylko
300 West Vine Street, Suite 2100
Lexington, Kentucky 40507
Telephone: (859) 231-3000
Facsimile: (859) 253-1093
Email: adam.back@skofirm.com
       jessica.haurylko@skofirm.com
*Interim Counsel for the Debtor and Debtor in Possession*

and

KILPATRICK TOWNSEND & STOCKTON LLP

Shane G. Ramsey, Esq. (*pro hac* admission pending)
1114 Avenue of the Americas
New York, New York 10036-7703
Telephone: (212)775-8767
Facsimile: (212) 775-8704
Email: sramsey@kilpatricktownsend.com

-and-

DELCOTTO LAW GROUP PLLC

/s/ Laura Day Delcotto
Laura Day Delcotto, Esq.
200 North Upper Street
Lexington, Kentucky 40507
Telephone: (859) 231-5800
Facsimile: (859) 281-1179
Email: ldelcotto@dlgfirm.com
*Counsel for Wilmington Trust Company, as Trustee*

**Pursuant to KYEB LBR 9022-1(b), tendering counsel shall cause a copy of this Order to be served on all non-ECF parties entitled to notice and shall file a certificate of service stating the names, manner and date of service within 7 days of the entry hereof.**

115449.152190/4397176.2

---

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



Signed By:
*Gregory R. Schaaf*
**Bankruptcy Judge**
Dated: Thursday, June 25, 2015
(grs)