**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**THE HONORABLE Gregory R. Schaaf**

IN RE:   CASE NUMBER 15-51187

Financial Holdings, Inc.

**U.S. BANKRUPTCY JUDGE'S MINUTES OF HEARING**

DATE: 8/12/2015   TIME: 09:00

APPEARANCES:

ISSUE:

| 9 | 6/16/2015 | Motion to Sell Property under Sections 105(a),363(b)(f)and (m), filed by Financial Holdings, Inc.. Hearing scheduled for 6/19/2015 at 09:00 AM at Lexington Courtroom, 2nd Floor. (Attachments: # |

DISPOSITION:

Sus

---

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



**Signed By:**
**Gregory R. Schaaf**
**Bankruptcy Judge**
**Dated: Wednesday, August 12, 2015**
**(rah)**